Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

James Cottle, et al.

              Plaintiff(s),

    v.

Plaid Inc.

              Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 4:20-cv-03056-DMR

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Madeline M. Gomez, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael W. Sobol, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Second Avenue South, Suite 1640<br>Nashville, TN  37201 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| MY TELEPHONE # OF RECORD:<br>(615) 313-9000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>mgomez@lchb.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>msobol@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5470026.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/07/20

              /s/ Madeline M. Gomez
              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Madeline M. Gomez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/8/20

              DONNA M. RYU
              UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE