GIBSON DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
ASHLEY J. HODGE, SBN 287653
  ahodge@gibsondunn.com
ANTHONY D. BEDEL, SBN 324065
  tbedel@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
ALEXANDER H. SOUTHWELL (*pro hac vice*)
  asouthwell@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendant PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES COTTLE, et al., | CASE NO. 4:20-cv-03056-DMR |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| v. | |
| PLAID INC., | Hon. Donna M. Ryu |
| Defendant. | |
| | Action Filed:   May 4, 2020 |
| | Trial Date:      None Set |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE - CASE NO. 4:20-CV-03056-DMR

Defendant Plaid Inc. ("Defendant") and Plaintiffs James Cottle and Frederick Schoeneman, on behalf of themselves and all others similarly situated ("Plaintiffs") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs commenced this action by filing a Complaint on May 4, 2020, *see* Dkt. No. 1;

WHEREAS, the Complaint asserts ten separate causes of action against Defendant Plaid Inc. and includes factual and legal allegations predicated on conduct that is claimed to go back to 2013;

WHEREAS, the ongoing COVID-19 pandemic and related governmental orders have impacted, among many other things, ongoing business and litigation activities, including delaying typical briefing schedules;

WHEREAS, Plaintiffs served Defendant with the Complaint on May 6, 2020 and Defendant's answer or other response to the Complaint is currently due on May 27, 2020, *see* Dkt. No. 26;

WHEREAS, Plaintiffs and Defendant consented to have Magistrate Judge Ryu conduct all further proceedings in this case on May 6, 2020 and May 26, 2020, respectively, *see* Dkt. Nos. 15 & 34;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, no previous time modifications have been made in the case, whether by stipulation or Court order;

WHEREAS, Civil Local Rule 6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order"; and

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including lack of subject matter jurisdiction, lack of personal jurisdiction, or improper venue, except that Defendant expressly waives any defect concerning insufficient process or insufficient service of process;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in this action, pursuant to Civil Local Rule 6-1 that:

- Defendant will file its responsive pleading or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1) on or before July 22, 2020.
- Plaintiffs may file an opposition to any responsive pleading motion on or before September 23, 2020.
- Defendant may file a reply brief in support of any such pleading motion on or before October 14, 2020.
- The Court will hear argument at the soonest time available thereafter, based on the Court's availability.

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory, below.

Dated:  May 26, 2020                              GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Ethan D. Dettmer*
Ethan D. Dettmer (SBN 196046)
Abigail A. Barrera (SBN 301746)
Ashley J. Hodge (SBN 287653)
Anthony D. Bedel (SBN 324065)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Fax: 415.393.8306
abarrera@gibsondunn.com
ahodge@gibsondunn.com
tbedel@gibsondunn.com

Alexander H. Southwell (*pro hac vice*)
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Fax: 212.351.4035
asouthwell@gibsondunn.com

*Attorneys for Defendant Plaid Inc.*

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE - CASE NO. 4:20-CV-03056-DMR

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| Dated: May 26, 2020 | By: | */s/ Shawn M. Kennedy* |

<div style="margin-left: 40%;">

Shawn M. Kennedy (SBN 218472)
Andrew M. Purdy (SBN 261912)
Bret D. Hembd (SBN 272826)
HERRERA PURDY LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Telephone: (949) 936-0900
Fax: (855) 969-2050
skennedy@herrerapurdy.com
apurdy@herrerapurdy.com
bhembd@herrerapurdy.com

Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
HERRERA PURDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 422-4700
Fax: (855) 969-2050
nherrera@herrerapurdy.com
lseidl@herrerapurdy.com

</div>

| | |
|---|---|
| Rachel Geman (*pro hac vice*)<br>LIEFF CABRASER HEIMANN &<br>　BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: (212) 355-9500<br>Fax: (212) 355-9592<br>rgeman@lchb.com | Warren T. Burns (*pro hac vice*)<br>Russell Herman (*pro hac vice*)<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Telephone: (469) 904-4550<br>Fax: (469) 444-5002<br>wburns@burnscharest.com<br>rherman@burnscharest.com |
| Michael W. Sobol (SBN 194857)<br>Melissa Gardner (SBN 289096)<br>LIEFF CABRASER HEIMANN &<br>　BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Fax: (415) 956-1008<br>msobol@lchb.commgardner@lchb.com | Christopher J. Cormier (*pro hac vice*)<br>BURNS CHAREST LLP<br>5290 Denver Tech Center Parkway, Suite 150<br>Greenwood Village, CO 80111<br>Telephone: (720) 630-2092<br>Fax: (469) 444-5002<br>ccormier@burnscharest.com |

*Attorneys for Plaintiffs and the Proposed Classes*

3

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING
BRIEFING SCHEDULE - CASE NO. 4:20-CV-03056-DMR

# [PROPOSED] ORDER

Having reviewed the above Stipulation and Proposed Order Extending Time to Respond to Complaint and Setting Briefing Schedule, and good cause appearing, IT IS HEREBY ORDERED that the following schedule shall govern this matter:

- Defendant will file its responsive pleading or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1) on or before July 22, 2020.
- Plaintiffs may file an opposition to any such pleading motion on or before September 23, 2020.
- Defendant may file a reply brief in support of any such pleading motion on or before October 14, 2020.
- The Court will hear argument on the motion on _____, at _____.

**IT IS SO ORDERED**.


DATED: _____, 2020

                                                 _____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

4
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE - CASE NO. 4:20-CV-03056-DMR

**CERTIFICATE OF SERVICE**

I, Ethan D. Dettmer, hereby certify that on May 26, 2020, I caused the foregoing Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Setting Briefing Schedule to be electronically filed via the Court's CM/ECF system. Notice of this filing will be served to all counsel of record by operation of the Court's electronic filing system.

*/s/ Ethan D. Dettmer*
Ethan D. Dettmer

Gibson, Dunn & Crutcher LLP

5
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE - CASE NO. 4:20-CV-03056-DMR