GIBSON DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
ASHLEY J. HODGE, SBN 287653
  ahodge@gibsondunn.com
ANTHONY D. BEDEL, SBN 324065
  tbedel@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
ALEXANDER H. SOUTHWELL (*pro hac vice*)
  asouthwell@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendant PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES COTTLE, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>PLAID INC.,<br><br>        Defendant. | CASE NO. 4:20-cv-03056-DMR<br><br>**DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF PLAINTIFF MITCHELL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Donna M. Ryu<br><br>Action Filed:    May 4, 2020<br>Trial Date:    None Set |

Gibson, Dunn & Crutcher LLP

DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF PLAINTIFF MITCHELL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - CASE NO. 4:20-CV-03056-DMR

On June 26, 2020, Plaintiff Logan Mitchell filed an Administrative Motion to Consider Whether Cases Should be Related, arguing that the above-captioned case is related to *Mitchell v. Plaid Inc.*, No 3:20-cv-04230-SK (N.D. Cal.). *See* Dkt. No. 37.

Plaid Inc. supports Plaintiff's Administrative Motion because both actions "concern substantially the same [alleged] parties, property, transaction or event." Civ. L.R. 3-12(a)(1), (2). The actions involve the same defendant, Plaid Inc., and the same plaintiffs since the putative classes are nearly identical. Moreover, the two actions involve similar legal theories, and almost entirely overlapping causes of action. Further, both complaints allege similar facts relating to Plaid's alleged violations of state and federal privacy laws.

Thus, given the similarity of the alleged parties, underlying factual allegations, and legal theories, relating these two actions will promote efficiency and prevent inconsistent results. Indeed, relation would mitigate the "unduly burdensome duplication of labor and expense" that Plaid Inc. would be required to expend in the event it had to litigate these matters separately. Civ. L.R. 3-12(a)(2).

Dated: June 30, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Ethan Dettmer
    Ethan D. Dettmer (SBN 196046)
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Telephone: 415.393.8200
    Fax: 415.393.8306

*Attorneys for Defendant Plaid Inc.*

Gibson, Dunn & Crutcher LLP

1
DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF PLAINTIFF MITCHELL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - CASE NO. 4:20-CV-03056-DMR