| | |
|---|---|
| 1 | GIBSON DUNN & CRUTCHER LLP |
| | ETHAN D. DETTMER, SBN 196046 |
| 2 |   edettmer@gibsondunn.com |
| | ABIGAIL A. BARRERA, SBN 301746 |
| 3 |   abarrera@gibsondunn.com |
| | ASHLEY J. HODGE, SBN 287653 |
| 4 |   ahodge@gibsondunn.com |
| | ANTHONY D. BEDEL, SBN 324065 |
| 5 |   tbedel@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| 6 | San Francisco, CA 94105 |
| | Telephone: 415.393.8200 |
| 7 | Facsimile: 415.393.8306 |

GIBSON, DUNN & CRUTCHER LLP
ALEXANDER H. SOUTHWELL (*pro hac vice*)
　asouthwell@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendant PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES COTTLE, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLAID INC.,<br><br>　　　　　Defendant. | CASE NO. 4:20-cv-03056-DMR<br><br>**DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF CURTIS PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Donna M. Ryu<br><br>Action Filed:　　May 4, 2020<br>Trial Date:　　None Set |

Gibson, Dunn & Crutcher LLP

DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF CURTIS PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - CASE NO. 4:20-CV-03056-DMR

On July 8, 2020, Plaintiffs Rachel Curtis, Alexa Grossman, Mallory Grossman, Steven Hannigan, Alexis Mullen, Jordan Sacks, and Nicholas Yeomelakis (the "Curtis Plaintiffs") filed an Administrative Motion to Consider Whether Cases Should be Related, arguing that the above-captioned case is related to *Curtis v. Plaid Inc.*, No. 4:20-cv-04344-DMR (N.D. Cal.). *See* Dkt. No. 42.

Plaid Inc. supports the Curtis Plaintiffs' Administrative Motion because both actions "concern substantially the same [alleged] parties, property, transaction or event." Civ. L.R. 3-12(a)(1), (2). The actions involve the same defendant, Plaid Inc., and the same plaintiffs since the putative nationwide class is identical. Moreover, the two actions involve similar legal theories, and the *Curtis* action includes a subset of the causes of action alleged in *Cottle*. Further, both complaints allege similar facts relating to Plaid's supposed violations of federal privacy laws.

Thus, given the similarity of the alleged parties, underlying factual allegations, and legal theories, relating these two actions will promote efficiency and prevent inconsistent results. Indeed, relation would mitigate the "unduly burdensome duplication of labor and expense" that Plaid Inc. would be required to expend in the event it had to litigate these matters separately. Civ. L.R. 3-12(a)(2).

Dated: July 8, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Ethan Dettmer
    Ethan D. Dettmer (SBN 196046)
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Telephone: 415.393.8200
    Fax: 415.393.8306

*Attorneys for Defendant Plaid Inc.*

Gibson, Dunn & Crutcher LLP

1
DEFENDANT PLAID INC.'S RESPONSE IN SUPPORT OF CURTIS PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - CASE NO. 4:20-CV-03056-DMR