GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
ASHLEY J. HODGE, SBN 287653
  ahodge@gibsondunn.com
ANTHONY D. BEDEL, SBN 324065
  tbedel@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
ALEXANDER H. SOUTHWELL (*pro hac vice*)
  asouthwell@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendant PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No. 4:20-cv-03056-DMR |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF DEFENDANT PLAID INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Action Filed: May 4, 2020<br><br>Judge: Hon. Donna M. Ryu |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF DEFENDANT PLAID INC.'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT - MASTER DOCKET NO. 4:20-CV-03056-DMR

I, Ethan D. Dettmer, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California, and I am a member of the Bar of this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Plaid Inc. ("Plaid") in this case. I make this declaration in support of Plaid's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the matters stated herein and, if called to do so, I could and would competently testify about them.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaid's End User Privacy Policy, effective December 30, 2019, available at https://plaid.com/legal/#end-user-privacy-policy.

3. Attached hereto as **Exhibit B** is a true and correct copy of Venmo's Privacy Policy, effective June 30, 2020, available at https://venmo.com/legal/us-privacy-policy/ios.

4. Attached hereto as **Exhibit C** is a true and correct copy of Cash App's Additional Cash Terms of Service – Annotated, effective April 16, 2019, available at https://cash.app/legal/us/en-us/annotated-tos.

5. Attached hereto as **Exhibit D** is a true and correct copy of Coinbase's Global Privacy Policy, effective July 31, 2020, available at https://www.coinbase.com/legal/privacy.

6. Attached hereto as **Exhibit E** is a true and correct copy of a series of screenshots captured from the Venmo application under my supervision on August 31, 2020 that show the consumer experience when connecting a bank account to Venmo using Plaid Link. Venmo account and bank account balance information has been redacted.

7. For the Court's convenience, below is a chart prepared under my supervision that sets forth the Plaintiffs' claims that are time-barred based on Plaintiffs' allegations (those with an "X") and those that are not time-barred based on Plaintiffs' allegations (noted with a "✓"):

| Plaintiff | App Sign-Up Date | Privacy (Com. Law & CA Const.) (2 yrs.) | CFAA (2 yrs.) | SCA (2 yrs.) | Unjust Enrich. (3 yrs.) | UCL (4 yrs.) | CAPA (3 yrs.) | Deceit (3 yrs.) | CDAFA (3 yrs.) |
|---|---|---|---|---|---|---|---|---|---|
| **Anderson** | **2019** Venmo (CAC ¶ 100) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

1
DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF DEFENDANT PLAID INC.'S MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT - MASTER DOCKET NO. 4:20-CV-03056-DMR

| Plaintiff | App Sign-Up Date | Privacy (Com. Law & CA Const.) (2 yrs.) | CFAA (2 yrs.) | SCA (2 yrs.) | Unjust Enrich. (3 yrs.) | UCL (4 yrs.) | CAPA (3 yrs.) | Deceit (3 yrs.) | CDAFA (3 yrs.) |
|---|---|---|---|---|---|---|---|---|---|
| Anderson | **2020** Cash App (CAC ¶ 100) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Cottle | **Jan. 2019** Venmo (CAC ¶ 111) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Curtis | **Apr. 2015** Venmo (CAC ¶ 121) | X | X | X | X | X | X | X | X |
| Evans | **2016** Venmo (CAC ¶ 130) | X | X | X | X | X | X | X | X |
| Mitchell | **Aug. 2015** Venmo (CAC ¶ 140) | X | X | X | X | X | X | X | X |
| Mitchell | **Sept. 2015** Cash App (CAC ¶ 140) | X | X | X | X | X | X | X | X |
| Mullen | **Mar. 2014** Venmo (CAC ¶ 150) | X | X | X | X | X | X | X | X |
| Sacks | **June 2014** Venmo (CAC ¶ 159) | X | X | X | X | X | X | X | X |
| Schoeneman | **July 2016** Venmo (CAC ¶ 168) | X | X | X | X | ✓ | X | X | X |
| Sotelo | **Feb. 2020** Venmo | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF DEFENDANT PLAID INC.'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT - MASTER DOCKET NO. 4:20-CV-03056-DMR

| Plaintiff | App Sign-Up Date | Privacy (Com. Law & CA Const.) (2 yrs.) | CFAA (2 yrs.) | SCA (2 yrs.) | Unjust Enrich. (3 yrs.) | UCL (4 yrs.) | CAPA (3 yrs.) | Deceit (3 yrs.) | CDAFA (3 yrs.) |
|---|---|---|---|---|---|---|---|---|---|
| | (CAC ¶ 178) | | | | | | | | |
| **Umali** | **2015** Venmo (CAC ¶ 188) | X | X | X | X | X | X | X | X |
| **Umali** | **2016** Cash App (CAC ¶ 188) | X | X | X | X | X | X | X | X |
| **Umali** | **2017** Coinbase (CAC ¶ 189) | X | X | X | X | ✓ | X | X | X |
| **Yeomelakis** | **Mar. 2014** Venmo (CAC ¶ 199) | X | X | X | X | X | X | X | X |

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct, and that this declaration was executed at San Anselmo, California on this 14th day of September, 2020.

                                                      */s/ Ethan D. Dettmer*

                                                      Ethan D. Dettmer