# EXHIBIT E



Step 1                                        Step 2



Step 3                                    Step 4



Step 5                                    Step 6



Step 7



Step 8



Step 9