1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No. 4:20-cv-03056-DMR |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>Hon. Donna M. Ryu<br><br>Action Filed:   May 4, 2020<br><br>Trial Date:      None Set |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS  – MASTER DOCKET NO. 4:20-CV-03056-DMR

1       This matter is before the Court pursuant to the parties' stipulation to modify the briefing schedule for Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

    1.    Plaintiffs' Opposition to Plaid's Motion to Dismiss is due November 17, 2020.

    2.    Defendant's Reply in Support of the Motion to Dismiss is due December 11, 2020.

**IT IS SO ORDERED.**

Dated:    October 9, 2020



The Honorable Donna M. Ryu
United States District Judge

Gibson, Dunn & Crutcher LLP

1
ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS – MASTER DOCKET NO. 4:20-CV-03056-DMR