GIBSON DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
ASHLEY J. HODGE, SBN 287653
  ahodge@gibsondunn.com
ANTHONY D. BEDEL, SBN 324065
  tbedel@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
ALEXANDER H. SOUTHWELL (*pro hac vice*)
  asouthwell@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Defendant PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Master Docket No. 4:20-cv-03056-DMR <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** <br><br> Hon. Donna M. Ryu <br><br> Action Filed:   May 4, 2020 <br> Trial Date:      None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Plaid Inc. hereby substitutes Michael Rhodes of Cooley LLP as counsel for Defendant in the above-captioned matter in place of Ethan Dettmer, Alexander Southwell, Abbey Barrera, Ashley Hodge, and Anthony Bedel of the law firm Gibson, Dunn & Crutcher LLP.

Withdrawing counsel for Plaid Inc. are:

Ethan D. Dettmer, SBN 196046
edettmer@gibsondunn.com
Abigail A. Barrera, SBN 301746
abarrera@gibsondunn.com
Ashley J. Hodge, SBN 287653
ahodge@gibsondunn.com
Anthony D. Bedel, SBN 324065
tbedel@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Alexander H. Southwell (*pro hac vice*)
asouthwell@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaid Inc.:

Michael Rhodes, SBN 116127
rhodesmg@cooley.com
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  415 693 2181
Facsimile:  415 693 2222

The undersigned parties and counsel consent to the above substitution of counsel.

Dated:  October 16, 2020

              PLAID INC.


             By:   /s/ Meredith Fuchs
                 Meredith Fuchs


Dated:  October 16, 2020

              COOLEY LLP


             By:   /s/ Michael Rhodes
                 Michael Rhodes


Dated:  October 16, 2020

              GIBSON, DUNN & CRUTCHER LLP


             By:   /s/ Ethan D. Dettmer
                 Ethan D. Dettmer

**ATTORNEY ATTESTATION**

I, Ethan Dettmer, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: October 16, 2020

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Ethan Dettmer
       Ethan D. Dettmer

### **[PROPOSED] ORDER**

Pursuant to Local Rule 11-5, Defendant Plaid Inc.'s substitution of Michael Rhodes of Cooley LLP as counsel for Defendant in the above-captioned matter in place of Ethan Dettmer, Alex Southwell, Abbey Barrera, Ashley Hodge, and Anthony Bedel of the law firm Gibson, Dunn & Crutcher LLP is approved and IT IS SO ORDERED.

Dated: _____       _____
                                                          HON. DONNA M. RYU
                                                          UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF SERVICE

I, Ashley Moser, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On October 16, 2020, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 16, 2020.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 16, 2020, at San Francisco, California.

                        /s/ Ashley Moser
                         Ashley Moser