| | |
|---|---|
| HERRERA PURDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerapurdy.com<br>Andrew M. Purdy (SBN 261912)<br>apurdy@herrerapurdy.com<br>Bret D. Hembd (SBN 272826)<br>bhembd@herrerapurdy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>HERRERA PURDY LLP<br>Nicomedes Sy Herrera (SBN 275332)<br>nherrera@herrerapurdy.com<br>Laura E. Seidl (SBN 269891)<br>lseidl@herrerapurdy.com<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Tel: (510) 422-4700<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (*Pro Hac Vice*)<br>rgeman@lchb.com<br>Rhea Ghosh (*Pro Hac Vice*)<br>rghosh@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br><br>*Interim Co-Lead Class Counsel* | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br><br>BURNS CHAREST LLP<br>Warren T. Burns (*Pro Hac Vice*)<br>wburns@burnscharest.com<br>Russell Herman (*Pro Hac Vice*)<br>rherman@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Tel: (469) 904-4550<br>Fax: (469) 444-5002<br><br>BURNS CHAREST LLP<br>Christopher J. Cormier (*Pro Hac Vice*)<br>ccormier@burnscharest.com<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**DECLARATION OF RACHEL GEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Hon. Donna M. Ryu<br><br>Action Filed: May 4, 2020<br><br>Trial Date: None Set |

I, Rachel Geman, declare and state as follows:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs and the proposed Classes in the above captioned litigation. I am a member in good standing of the State Bar of New York. I am older than 21 years of age and am not a party to this action. I make this declaration in support of Plaintiffs' Opposition to Defendant Plaid, Inc.'s Motion to Dismiss (Dkt. 78). If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in *Toronto-Dominion Bank v. Plaid Inc.*, No. 20-14424 (D.N.J.), filed October 14, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Assembly Committee on Appropriations Bill Analysis regarding Senate Bill 355 (July 13, 2005).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Assembly Committee on Judiciary Bill Analysis regarding Senate Bill 355 (June 28, 2005).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Senate Rules Committee Bill Analysis regarding Senate Bill 355 (August 25, 2005).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Introduction of Senate Bill 355 by Senator Murray (February 16, 2005).

7. Attached hereto as **Exhibit 6** is a true and correct copy of Assembly Committee on Business and Professions Bill Analysis regarding Senate Bill 355 (June 21, 2005).

8. Attached hereto as **Exhibit 7** is a true and correct copy of Senate Judiciary Committee Bill Analysis regarding Senate Bill 355 (April 5, 2005).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020, at New York, New York.

*/s/ Rachel Geman*
Rachel Geman