# EXHIBIT 5

| SENATE BILL | No. 355 |
|---|---|

**Introduced by Senator Murray**

February 16, 2005

An act relating to the Internet.

LEGISLATIVE COUNSEL'S DIGEST

SB 355, as introduced, Murray. Internet security.

Existing law, the Consumer Protection Against Computer Spyware Act, provides specified protections for the computers of consumers in this state against certain types of computer software.

This bill would state the intent of the Legislature to enact legislation that would improve the security of the Internet.

Vote: majority. Appropriation: no. Fiscal committee: no. State-mandated local program: no.

*The people of the State of California do enact as follows:*

1    SECTION 1. It is the intent of the Legislature to enact
2  legislation that would improve the security of the Internet.

O

99