# EXHIBIT 6

```
                                                                SB 355
                                                                Page  1
```

Date of Hearing:   June 21, 2005

```
             ASSEMBLY COMMITTEE ON BUSINESS AND PROFESSIONS
                       Gloria Negrete McLeod, Chair
                 SB 355 (Murray) - As Amended:  June 15, 2005
```

SENATE VOTE  :   37-2

SUBJECT  :   Internet regulation:  Anti-Phishing Act of 2005.

SUMMARY  :   Establishes the Anti-Phishing Act of 2005, which makes it unlawful for any person, through the Internet or other electronic means, to solicit, request, or take any action to induce another person to provide identifying information, by representing itself to be an online business without the approval or authority of the online business.  Specifically,  this bill  :

1) Provides that it is unlawful for a person to use a Web page, email, or the Internet to misrepresent that he or she is an online business and solicit or induce another person to provide his or her personal information without the authority or approval of the online business.

2) Provides that the following persons may bring an action against a person who violates, or is in violation of, this code section:

   a)   A person who: i) is engaged in the business of providing Internet access service to the public, owns a Web page, or owns a trademark; and, ii) is adversely affected by a violation of the code section; and,

   b)   An individual who is adversely affected by a violation of the provisions of this code section, but such an individual may only bring an action against a person who has directly violated this code section.

3) Provides that an action brought under this code section by a person who is engaged in the business of providing Internet access service to the public, owns a Web page, or owns a trademark, may seek to recover the greater of actual damages or $500,000.

4) Provides that an action brought by an individual who is

```
                                                                SB 355
                                                                Page  2
```

   adversely affected by a violation of the provisions of this code section may seek to enjoin further violations of those provisions and recover the greater of three times the amount of actual damages, or $5,000 per violation.

5) Provides that the Attorney General or a district attorney may bring an action against a person who violates, or is in violation of, the provisions of this code section to enjoin further violations of those provisions and to recover a civil penalty of up to $2,500 per violation.  A court may, in addition, do either or both of the following:

   a)   Increase the recoverable damages to an amount up to three times the damages otherwise recoverable in cases that the defendant has engaged in a pattern and practice of violating the provisions of this code section; and,

   b)   Award costs of suit and reasonable attorney's fees to a prevailing plaintiff.

6) Specifies that the remedies provided in this code section do not preclude the seeking of remedies, including criminal remedies, under any other applicable provision of law.

7) Provides that multiple violations of the provisions of this section resulting from any single action or conduct shall constitute one violation of this code section when the action is brought by a person who is engaged in the business of providing Internet access service to the public, owns a Web page, or owns a trademark.

EXISTING LAW  :

1) Does not regulate "phishing" actions, but makes fraud actionable where the following has been established:  (a) a misrepresentation; (b) knowledge of falsity; (c) intent to defraud, i.e., to induce reliance; (d) justifiable reliance; or, (e) resulting damage.

2) Provides that the Attorney General or a district attorney can

```
seek an injunction and civil penalties of up to $2,500 per
instance for any unlawful business act or practice.  An
individual may seek an injunction for an unlawful business act
or practice if he or she suffered an injury in fact and lost
money or property as a result.
```

                                                              SB 355
                                                              Page  3


    FISCAL EFFECT  :   Unknown

     COMMENTS  :

      Background  .  "Phishing" is a widespread technique for obtaining
    personal information, and is used to facilitate identity theft
    and other crimes.  Phishers use fraudulent emails or Web sites
    to trick consumers into providing personal information, such as
    bank account numbers and social security numbers, to what is
    believed to be a legitimate company.

    The author's office explains, "Customers often receive a
    legitimate looking email that appears to be from their bank or
    [a] retailer with whom they do business.  The consumer is often
    told via e-mail that a review of their account found "unusual
    activity" and directs them to a phony website where they are
    compelled to provide personal information such as their name,
    account number and other relevant data.  Criminals have become
    very good at mimicking legitimate emails and setting identical
    Web sites."

      Support  .  The author's office states, "According to the FBI and
    the Internet Crime Complaint Center, 78% of all criminal
    'phishers' are located in the United States.  Of these, 15% of
    all phishing scams originate in California, the most in the
    nation.  In 2004 alone, there were over 100,000 reports of this
    fraud with over 76,000 consumers losing money.  In reported
    cases alone, consumers lost over $193 million in 2003 and 2004.
    The California Alliance for Consumer Protection notes it has
    received numerous complaints in recent weeks from consumers who
    filled out forms on false "eBay web pages' with their personal
    information, thinking that those pages were authentic."

    The Computing Technology Industry Association (CompTIA) states,
    "Billions of dollars of Californian commerce, jobs and
    productivity gains are tied to the spread of Internet commerce
    and communications.  Confidence in the integrity of personal
    information transmitted via the Internet remains an integral
    part of the medium's development.  However, recent independent
    studies, polls and national news reports reveal that phishing is
    greatly undermining that confidence, phishing tops the concerns
    of many inside and outside of the IT industry as potentially
    hobbling the Internet's exciting growth."

                                                              SB 355
                                                              Page  4

    CompTIA notes that this bill "puts real 'teeth'" into its
    prohibitions by making each separate violation punishable by
    $500,000 in damages, and tripling damages where a pattern of
    phishing has been established.

    Microsoft states it is important to enact legislation to combat
    the threat of phishing, in addition to using other tools such as
    technology innovation, targeted enforcement, and user education.
     Microsoft contends that the "[s]trong laws and adequate
    enforcement" provided by SB 355 will be critical to addressing
    the phishing problem.

     REGISTERED SUPPORT / OPPOSITION  :

      Support

    AeA
    California Alliance for Consumer Protection
    CompTIA
    Microsoft

      Opposition

    None on file.

     Analysis Prepared by  :    Tracy Rhine / B. & P. / (916) 319-3301