HERRERA PURDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerapurdy.com
Andrew M. Purdy (SBN 261912)
apurdy@herrerapurdy.com
Bret D. Hembd (SBN 272826)
bhembd@herrerapurdy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

HERRERA PURDY LLP
Nicomedes Sy Herrera (SBN 275332)
nherrera@herrerapurdy.com
Laura E. Seidl (SBN 269891)
lseidl@herrerapurdy.com
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Rachel Geman (*Pro Hac Vice*)
rgeman@lchb.com
Rhea Ghosh (*Pro Hac Vice*)
rghosh@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
wburns@burnscharest.com
Russell Herman (*Pro Hac Vice*)
rherman@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
Christopher J. Cormier (*Pro Hac Vice*)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No.: 4:20-cv-03056-DMR |
| | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Donna M. Ryu |
| | Action Filed: May 4, 2020 |
| | Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Plaintiffs hereby respectfully request that the Court take judicial notice of the following materials in support of Plaintiffs' Opposition to Defendant Plaid, Inc.'s Motion to Dismiss (Dkt. 78), filed concurrently herewith.

Exhibit 1 to the Geman Declaration is the Complaint filed October 14, 2020 in the action *Toronto-Dominion Bank v. Plaid Inc.*, No. 20-14424 (D.N.J.). "A court may take judicial notice of undisputed matters of public record, which may include court records available through PACER." *U.S. v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018), citing Fed. R. Evid. 201(b). Courts may take judicial notice of court records filed in other actions, "to establish the fact of the litigation," as well as any undisputed facts reflected therein. *Petrovich v. Ocwen Loan Servicing, LLC*, No. 15-00033, 2016 WL 555959, at *4 (N.D. Cal. Feb. 12, 2016), *aff'd*, 716 F. App'x 614 (9th Cir. 2017). *See also, e.g.*, *Lodgepole Invs., LLC v. Barsky*, No. 15-00549, 2015 WL 1306849, at *4 (N.D. Cal. Mar. 23, 2015) (judicially noticing complaint in other litigation); *Boisvert v. Li*, No. 13-01590, 2014 WL 279915, at *3 (N.D. Cal. Jan. 24, 2014) (same).

Exhibits 2 through 7 to the Geman Declaration are legislative materials concerning California Senate Bill No. 355 (2005-2006 Regular Session), codified as the California Anti-Phishing Act of 2005 ("CAPA"), Cal. Bus. & Prof. Code §§ 22948 *et seq*. Specifically, these materials include publicly available committee reports and versions of Senate Bill 355, all of which are well-recognized subjects of judicial notice. *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) ("Legislative history is properly a subject of judicial notice"). Alternatively, these materials concern "only legislative facts," which the Court is free to consult, and "for which '[j]udicial notice ... is unnecessary.'" *Blumenthal Distrib., Inc. v. Herman Miller*, Inc., 811 F. App'x 421, 422 (9th Cir. 2020), quoting *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); citing *Owino v. Holder*, 771 F.3d 527, 534 n.4 (9th Cir. 2014); Fed. R. Evid. 201 advisory committee notes.

Plaintiffs therefore respectfully request that the Court take judicial notice of, and/or consult, the following Exhibits to the accompanying Geman Declaration:

1. Complaint (Dkt. 1) in *Toronto-Dominion Bank v. Plaid Inc.*, No. 20-14424 (D.N.J., filed October 14, 2020), attached as **Exhibit 1**.

2. Assembly Committee on Appropriations Bill Analysis regarding Senate Bill 355 (July 13, 2005), attached as **Exhibit 2**.

3. Assembly Committee on Judiciary Bill Analysis regarding Senate Bill 355 (June 28, 2005), attached as **Exhibit 3**.

4. Senate Rules Committee Bill Analysis regarding Senate Bill 355 (August 25, 2005), attached as **Exhibit 4**.

5. Introduction of Senate Bill 355 by Senator Murray (February 16, 2005), attached as **Exhibit 5**.

6. Assembly Committee on Business and Professions Bill Analysis regarding Senate Bill 355 (June 21, 2005), attached as **Exhibit 6**.

7. Senate Judiciary Committee Bill Analysis regarding Senate Bill 355 (April 5, 2005), attached as **Exhibit 7**.

Dated: November 17, 2020	LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

/s/ Rachel Geman
Rachel Geman

Rachel Geman (*Pro Hac Vice*)
rgeman@lchb.com
Rhea Ghosh (*Pro Hac Vice*)
rghosh@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

Dated: November 17, 2020

HERRERA PURDY LLP

/s/ Shawn Kennedy
Shawn M. Kennedy

Shawn M. Kennedy (SBN 218472)
skennedy@herrerapurdy.com
Andrew M. Purdy (SBN 261912)
apurdy@herrerapurdy.com
Bret D. Hembd (SBN 272826)
bhembd@herrerapurdy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Telephone: (949) 936-0900
Fax: (855) 969-2050

HERRERA PURDY LLP
Nicomedes Sy Herrera (SBN 275332)
nherrera@herrerapurdy.com
Laura E. Seidl (SBN 269891)
lseidl@herrerapurdy.com
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 422-4700
Fax: (855) 969-2050

Dated: November 17, 2020

BURNS CHAREST LLP

/s/ Christopher Cormier
Christopher J. Cormier

Christopher J. Cormier (*Pro Hac Vice*)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
wburns@burnscharest.com
Russell Herman (*Pro Hac Vice*)
rherman@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*