| | |
|---|---|
| HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com<br>Bret D. Hembd (SBN 272826)<br>bhembd@herrerakennedy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>HERRERA KENNEDY LLP<br>Nicomedes Sy Herrera (SBN 275332)<br>nherrera@herrerakennedy.com<br>Laura E. Seidl (SBN 269891)<br>lseidl@herrerakennedy.com<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Tel: (510) 422-4700<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (Pro Hac Vice)<br>rgeman@lchb.com<br>Rhea Ghosh (Pro Hac Vice)<br>rghosh@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br><br>BURNS CHAREST LLP<br>Warren T. Burns (Pro Hac Vice)<br>wburns@burnscharest.com<br>Russell Herman (Pro Hac Vice)<br>rherman@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Tel: (469) 904-4550<br>Fax: (469) 444-5002<br><br>BURNS CHAREST LLP<br>Christopher J. Cormier (Pro Hac Vice)<br>ccormier@burnscharest.com<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002 |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME**<br><br>Hon. Donna M. Ryu<br><br>Action Filed:   May 4, 2020<br><br>Trial Date:   None Set |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Herrera Purdy LLP has changed its name to Herrera Kennedy LLP. The office address, telephone number, and facsimile number remain the same. However, all e-mail addresses have changed to reflect the HerreraKennedy.com domain name.

Dated: January 6, 2021

Respectfully submitted,

By: /s/ Shawn Kennedy
    Shawn M. Kennedy

HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
Bret D. Hembd (SBN 272826)
bhembd@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Telephone: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
nherrera@herrerakennedy.com
Laura E. Seidl (SBN 269891)
lseidl@herrerakennedy.com
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 422-4700
Fax: (855) 969-2050

*Interim Co-Lead Class Counsel*