| | |
|---|---|
| HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com<br>Bret D. Hembd (SBN 272826)<br>bhembd@herrerakennedy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>Rachel Geman (Pro Hac Vice)<br>rgeman@lchb.com<br>Rhea Ghosh (Pro Hac Vice)<br>rghosh@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br><br>BURNS CHAREST LLP<br>Warren T. Burns (Pro Hac Vice)<br>wburns@burnscharest.com<br>Russell Herman (Pro Hac Vice)<br>rherman@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Tel: (469) 904-4550<br>Fax: (469) 444-5002<br><br>*Interim Co-Lead Class Counsel*<br><br>(Additional counsel on signature page) | COOLEY LLP<br>Michael G. Rhodes (SBN 116127)<br>rhodesmg@cooley.com<br>Whitty Somvichian (SBN 194463)<br>wsomvichian@cooley.com<br>Kyle C. Wong (SBN 224021)<br>kwong@cooley.com<br>Lauren J. Pomeroy (SBN 291604)<br>lpomeroy@cooley.com<br>Ellie Barczak (SBN 329180)<br>ebarczak@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2181<br>Fax: (415) 693-2222<br><br>Attorneys for Defendant PLAID INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hon. Donna M. Ryu<br>Date:            February 11, 2021<br>Time:           1:00 p.m.<br>Courtroom:   4, 3rd Floor |

Pursuant to Civil Local Rule 16-10(d), Plaintiffs Caroline Anderson, James Cottle, Rachel Curtis, David Evans, Logan Mitchell, Alexis Mullen, Jordan Sacks, Frederick Schoeneman, Gabriel Sotelo, Jeffrey Umali, and Nicholas Yeomelakis ("Plaintiffs") and Defendant Plaid, Inc. ("Plaid") respectfully submit this Joint Case Management Conference Statement for the February 11, 2021 Case Management Conference.

**PROCEDURAL STATUS**

On July 29, 2020, this Court consolidated the related actions *Cottle v. Plaid*, No. 4:20-cv-03056-DMR, *Mitchell v. Plaid Inc.*, No. 3:20-cv-04230-SK, *Curtis et al. v. Plaid Inc.*, No. 4:20-cv-04344-DMR, and *Anderson et al, v. Plaid Inc.*, No. 3:20-cv-04480-JSC, and appointed Plaintiffs' Co-Lead Counsel and a Plaintiffs' Steering Committee (Dkt. 67). Plaintiffs' Consolidated Class Action Complaint was filed on August 5, 2020 (Dkt. 61, the "Complaint").

On September 25, 2020, this Court denied an administrative motion to continue the Initial Case Management Conference and stay discovery (Dkt. 89). The parties conducted their Rule 26(f) conference on September 30, 2020. The Initial Case Management Conference was held on October 7, 2020 (Dkt. 94).

On September 14, 2020, Plaid filed a motion to dismiss the Complaint, which was fully briefed on December 11, 2020 (Dkt. 78, 108, 111). Also pending before the Court are Plaid's Request for Judicial Notice (Dkt. 81, 109, 112), Plaintiffs' Request for Judicial Notice (Dkt. 110), Plaid's Supplemental Request for Judicial Notice (Dkt. 113), and Plaintiffs' motion for leave to file a Supplemental Request for Judicial Notice (Dkt. 115). Plaid's motion to dismiss the Complaint will be heard on February 11, 2021, the same date as the Case Management Conference (Dkt. 114). A schedule has not been set for further proceedings.

**DISCOVERY**

Discovery has commenced. The parties exchanged Rule 26 initial disclosures on October 5, 2020. Following meet and confer discussions, Plaid intends to serve Amended Initial Disclosures by February 11, 2021.

Plaintiffs served their First Set of Requests for Production to Plaid on October 27, 2020, and Plaid served Objections and Responses on December 11, 2020. The parties are currently in the

1  process of meeting and conferring concerning Plaintiffs' Requests and Plaid's Objections.

2  Pursuant to this Court's order of October 7, 2020 (Dkt. 94), the parties filed a proposed Joint
3  Stipulated Protective Order on October 30, 2020 (Dkt. 106), which was approved on November 9,
4  2020 (Dkt. 107).  With respect to a proposed stipulated ESI Protocol, the parties have met and
5  conferred regarding evidence preservation, appropriate custodians, and Plaid's data storage and
6  systems.  Those discussions are ongoing.

7  Lastly, the parties propose a schedule to facilitate the timely progress of discovery, class
8  certification, and trial, as set forth under "Scheduling," below.

## SETTLEMENT AND ADR

The parties have agreed to participate in a full-day mediation on February 16, 2021 before the Hon. Jay C. Gandhi (Ret.) to discuss the potential resolution of this matter.  Plaid has produced documents and information to Plaintiffs' Co-Lead Counsel under Federal Rule of Evidence 408 for settlement purposes only.

## SCHEDULING

The parties have met and conferred about a potential pretrial schedule, and propose the following schedule:

| Event | Proposed Date |
| --- | --- |
| Deadline for substantial completion of document production and production of complete privilege logs | 8/31/2021 |
| Close of fact discovery | 11/15/2021 |
| Plaintiffs serve class certification motion and Rule 23 expert witness report(s), if any | 1/12/2022 |

| Plaid serves class certification opposition and Rule 23 expert witness report(s), if any | 3/9/2022<br><br>The parties agree that the deposition of the opposing party's experts will occur before the deadlines for the opposition and reply briefs on class certification so that such testimony may be used in the briefing. |
|---|---|
| Plaintiffs serve reply in support of motion for class certification and rebuttal expert report(s), if any | 5/4/2022 |
| Class certification hearing | 6/9/2022 |

The parties respectfully suggest that the schedule for further proceedings and any further discovery should be addressed in a Case Management Conference to be scheduled at the Court's convenience, but preferably within one month, following the Court's Rule 23 decision.

**OTHER MATTERS**

The parties at this time do not request the attention of the Court with respect to matters other than those outlined above.

Dated:  February 4, 2021          */s/ Rachel Geman*
                                  Rachel Geman (pro hac vice)
                                  Rhea Ghosh (Pro Hac Vice)
                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                  250 Hudson Street, 8th Floor
                                  New York, NY 10013-1413
                                  rgeman@lchb.com
                                  rghosh@lchb.com
                                  Telephone: (212) 355-9500
                                  Fax: (212) 355-9592

Michael W. Sobol (SBN 194857)
Melissa A. Gardner (SBN 289096)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
msobol@lchb.com
mgardner@lchb.com
Telephone: (415) 956-1000
Fax: (415) 956-1008


Shawn M. Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
HERRERA KENNEDY LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
skennedy@herrerakennedy.com
bhembd@herrerakennedy.com
Telephone: (949) 936-0900
Fax: (855) 969-2050

Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
nherrera@herrerakennedy.com
lseidl@herrerakennedy.com
Telephone: (510) 422-4700


Christopher J. Cormier (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

Warren T. Burns (pro hac vice)
Russell Herman (pro hac vice)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
wburns@burnscharest.com
rherman@burnscharest.com
Telephone: (469) 904-4550
Fax: (469) 444-5002

C. Jacob Gower (pro hac vice)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans LA 70130
jgower@burnscharest.com
Telephone: (504) 799-2845
Fax: (504) 881-1765

*Interim Co-Lead Class Counsel*

Dated:  February 4, 2021

*/s/ Kyle C. Wong*
Michael G. Rhodes (SBN 116127)
Whitty Somvichian (SBN 194463)
Kyle C. Wong (SBN 224021)
Lauren J. Pomeroy (SBN 291604)
Ellie Barczak (SBN 329180)
COOLEY LLP
rhodesmg@cooley.com
wsomvichian@cooley.com
kwong@cooley.com
lpomeroy@cooley.com
ebarczak@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel:  (415) 693-2181
Fax: (415) 693-2222

*Counsel for Defendant Plaid Inc.*

2121666.7

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 4, 2021          */s/ Rachel Geman*
                                 Rachel Geman
                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP