UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL LAW & MOTION AND CONFERENCE MINUTE ORDER**

| **Date:** 2/11/2021 | **Time:** 2:06-3:22 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:20-cv-03056-DMR | **Case Name:** In Re: Plaid Inc. Privacy Litigation | |

**For Plaintiffs:** Shawn Kennedy and Rachel Geman

**For Defendant Plaid Inc.:** Whitty Somvichian and Lauren Pomeroy

**Deputy Clerk:** Ivy Lerma Garcia          **Court Reporter:** Raynee Mercado

**PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE**

1. Defendant Plaid Inc.'s Motion to Dismiss Consolidated Amended Complaint [Docket No. 78] – hearing held, motion is taken under submission

2. Further Case Management Conference held

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: **7/7/2021** at 1:30 p.m.
Updated Joint Case Management Conference Statement due by: **6/30/2021**

**COURT ADOPTED THE PARTIES' JOINTLY PROPOSED SCHEDULE** (*See* **2/4/2021 Joint CMC Statement [Docket No. 118], pages 2-3**)

Deadline for substantial completion of document production and production of complete privilege logs: **8/31/2021**
Close of fact discovery: **11/15/2021**
Deadline to file class certification motion and Rule 23 expert witness report(s): **1/12/2022**
Deadline to file class certification opposition and Rule 23 expert witness report(s): **3/9/2022**
Deadline to file class certification reply and rebuttal expert report(s): **5/4/2022**
Class certification hearing: **6/9/2022 at 1:00 p.m.**

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [X] Court

cc: Chambers