HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
*skennedy@herrerakennedy.com*
Bret D. Hembd (SBN 272826)
*bhembd@herrerakennedy.com*
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
*nherrera@herrerakennedy.com*
Laura E. Seidl (SBN 269891)
*lseidl@herrerakennedy.com*
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (*Pro Hac Vice*)
*rgeman@lchb.com*
Rhea Ghosh (*Pro Hac Vice*)
*rghosh@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
*msobol@lchb.com*
Melissa Gardner (SBN 289096)
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
*wburns@burnscharest.com*
Russell Herman (*Pro Hac Vice*)
*rherman@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
Christopher J. Cormier (*Pro HacVice*)
*ccormier@burnscharest.com*
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**STATEMENT OF RECENT DECISION**<br><br>Hon. Donna M. Ryu<br><br>Date: Feb. 11, 2021<br><br>Time: 1:00 pm |

**TO THE COURT AND EACH PARTY AND ATTORNEY OF RECORD FOR EACH PARTY:**

Pursaunt to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision in support of their Opposition to Plaid's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. This motion was heard on February 11, 2021.

Attached hereto as Exhibit A is a copy of the Order Regarding Motions to Dismiss in *Wesch v. Yodlee, Inc.*, Case No. 20-cv-05991-SK (N.D. Cal.) (case filed Aug. 25, 2020), which issued on February 16, 2021.

Dated: February 18, 2021      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Rachel Geman
    Rachel Geman

    Michael W. Sobol (SBN 194857)
    msobol@lchb.com
    Melissa Gardner (SBN 289096)
    mgardner@lchb.com
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Tel: (415) 956-1000
    Fax: (415) 956-1008

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    Rachel Geman (*Pro Hac Vice*)
    rgeman@lchb.com
    Rhea Ghosh (Pro Hac Vice)
    rghosh@lchb.com
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    Tel: (212) 355-9500
    Fax: (212) 355-9592

| | | |
|---|---|---|
| 1 | Dated: February 18, 2021 | HERRERA KENNEDY LLP |
| 2 | | By: /s/ Shawn Kennedy |
| 3 | | Shawn M. Kennedy |
| 4 | | Shawn M. Kennedy (SBN 218472) |
| | | skennedy@herrerakennedy.com |
| 5 | | Bret D. Hembd (SBN 272826) |
| | | bhembd@herrerakennedy.com |
| 6 | | 4590 MacArthur Blvd., Suite 500 |
| 7 | | Newport Beach, CA 92660 |
| | | Tel: (949) 936-0900 |
| 8 | | Fax: (855) 969-2050 |
| 9 | | HERRERA KENNEDY LLP |
| | | Nicomedes Sy Herrera (SBN 275332) |
| 10 | | nherrera@herrerakennedy.com |
| 11 | | Laura E. Seidl (SBN 269891) |
| | | lseidl@herrerakennedy.com |
| 12 | | 1300 Clay Street, Suite 600 |
| | | Oakland, California 94612 |
| 13 | | Telephone: (510) 422-4700 |
| 14 | | Fax: (855) 969-2050 |
| 15 | | |
| 16 | Dated: February 18, 2021 | BURNS CHAREST LLP |
| 17 | | By: /s/ Christopher Cormier |
| 18 | | Christopher J. Cormier |
| 19 | | Christopher J. Cormier (*Pro Hac Vice*) |
| | | ccormier@burnscharest.com |
| 20 | | 4725 Wisconsin Avenue, NW |
| | | Washington, DC 20016 |
| 21 | | Tel: (202) 577-3977 |
| | | Fax: (469) 444-5002 |
| 22 | | |
| 23 | | BURNS CHAREST LLP |
| | | Warren T. Burns (*Pro Hac Vice*) |
| 24 | | wburns@burnscharest.com |
| | | Russell Herman (*Pro Hac Vice*) |
| 25 | | rherman@burnscharest.com |
| 26 | | 900 Jackson Street, Suite 500 |
| | | Dallas, TX 75202 |
| 27 | | Tel: (469) 904-4550 |
| | | Fax: (469) 444-5002 |
| 28 | | |

BURNS CHAREST LLP
C. Jacob Gower (*Pro Hac Vice*)
jgower@burnscharest.com
365 Canal Street, Suite 1170
New Orleans LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

*Interim Co-Lead Class Counsel*