HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
*skennedy@herrerakennedy.com*
Bret D. Hembd (SBN 272826)
*bhembd@herrerakennedy.com*
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
*nherrera@herrerakennedy.com*
Laura E. Seidl (SBN 269891)
*lseidl@herrerakennedy.com*
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (*Pro Hac Vice*)
*rgeman@lchb.com*
Rhea Ghosh (*Pro Hac Vice*)
*rghosh@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
*msobol@lchb.com*
Melissa Gardner (SBN 289096)
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Christopher J. Cormier (*Pro Hac Vice*)
*ccormier@burnscharest.com*
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
*wburns@burnscharest.com*
Russell Herman (*Pro Hac Vice*)
*rherman@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Hon. Donna M. Ryu<br><br>Date: Feb. 11, 2021<br><br>Time: 1:00 pm |

**TO THE COURT AND EACH PARTY AND ATTORNEY OF RECORD FOR EACH PARTY:**

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully inform this Court of two recent decisions relevant to their Opposition to Plaid's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, which was heard on February 11, 2021.  The portions of each decision discussing claims and defenses at issue in this action are described in brief below.

Attached hereto as **Exhibit A** is a copy of the Order Denying Motion to Dismiss in *Brown v. Google LLC*, Case No. 20-CV-03664-LHK (N.D. Cal.), ECF No. 113, which issued on March 12, 2021.  In *Brown*, U.S. District Judge Lucy Koh denied a motion to dismiss claims based on Google's alleged practice of collecting users' data while they browsed the internet in private browsing mode, holding that Google failed to show that users consented to the collection of their personal data, notwithstanding the company's Terms of Service and Privacy Policy.  *Id.* at 13-20.  The court also held that the fraudulent concealment doctrine tolled the statutes of limitations, and that each invasion of the plaintiffs' rights constituted a separate violation for limitations purposes.  *Id.* at 20-27.  Finally, the court held that the plaintiffs stated claims under the California Computer Data Access and Fraud Act, and for common law intrusion upon seclusion and invasion of privacy.  *Id.* at 32-41.

Attached hereto as **Exhibit B** is a copy of the Order Granting in Part and Denying in Part Motion to Dismiss in *Calhoun v. Google LLC*, Case No. 20-CV-05146-LHK (N.D. Cal.), ECF No. 142, which issued on March 17, 2021.  In *Calhoun*, Judge Koh granted in part and denied in part a motion to dismiss claims based on Google's alleged collection and storage of Google Chrome users' data, holding that Google's disclosures failed to show user consent and that statutes of limitations did not bar the plaintiffs' claims.  *Id.* at 11-21.  The court held that the plaintiffs stated claims for intrusion upon seclusion, and that the loss of the plaintiffs' personal information constituted economic injury sufficient to satisfy the UCL's "lost money or property" requirement.  *Id.* at 26-30, 37-39.  The plaintiffs' Computer Fraud and Abuse Act and Stored Communications Act claims were dismissed with leave to amend, the former for failure to specifically allege that plaintiffs had suffered losses exceeding $5,000 during a one-year period.

1 | *Id.* at 21-26, 34-35.

3 | Dated:  March 23, 2021    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Rachel Geman
    Rachel Geman

    Michael W. Sobol (SBN 194857)
    msobol@lchb.com
    Melissa Gardner (SBN 289096)
    mgardner@lchb.com
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Tel: (415) 956-1000
    Fax: (415) 956-1008

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    Rachel Geman (*Pro Hac Vice*)
    rgeman@lchb.com
    Rhea Ghosh (*Pro Hac Vice*)
    rghosh@lchb.com
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    Tel: (212) 355-9500
    Fax: (212) 355-9592

Dated:  March 23, 2021    HERRERA KENNEDY LLP

By: /s/ Shawn Kennedy
    Shawn M. Kennedy

    Shawn M. Kennedy (SBN 218472)
    skennedy@herrerakennedy.com
    Bret D. Hembd (SBN 272826)
    bhembd@herrerakennedy.com
    4590 MacArthur Blvd., Suite 500
    Newport Beach, CA 92660
    Tel: (949) 936-0900
    Fax: (855) 969-2050

|   |   |   |
|---|---|---|
| 1 |   | HERRERA KENNEDY LLP |
| 2 |   | Nicomedes Sy Herrera (SBN 275332) |
|   |   | nherrera@herrerakennedy.com |
| 3 |   | Laura E. Seidl (SBN 269891) |
|   |   | lseidl@herrerakennedy.com |
| 4 |   | 1300 Clay Street, Suite 600 |
|   |   | Oakland, California 94612 |
| 5 |   | Telephone: (510) 422-4700 |
| 6 |   | Fax: (855) 969-2050 |

Dated: March 23, 2021        BURNS CHAREST LLP

By: /s/ Christopher Cormier
    Christopher J. Cormier

Christopher J. Cormier (*Pro Hac Vice*)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
wburns@burnscharest.com
Russell Herman (*Pro Hac Vice*)
rherman@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
C. Jacob Gower (*Pro Hac Vice*)
jgower@burnscharest.com
365 Canal Street, Suite 1170
New Orleans LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

*Interim Co-Lead Class Counsel*