HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
*skennedy@herrerakennedy.com*
Bret D. Hembd (SBN 272826)
*bhembd@herrerakennedy.com*
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
*nherrera@herrerakennedy.com*
Laura E. Seidl (SBN 269891)
*lseidl@herrerakennedy.com*
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (*Pro Hac Vice* to be Filed)
*rgeman@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
*msobol@lchb.com*
Melissa Gardner (SBN 289096)
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
*wburns@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
Christopher J. Cormier (*Pro Hac Vice*)
*ccormier@burnscharest.com*
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No.: 4:20-cv-03056-DMR |
| THIS DOCUMENT RELATES TO:<br><br>**All Actions** | **NOTICE OF WITHDRAWAL OF COUNSEL** |

1   TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that Russell Herman is no longer an attorney at Burns Charest LLP

3   and is withdrawn as counsel of record for the proposed class. Burns Charest LLP continues to represent

4   plaintiffs as Interim Co-Lead Class Counsel. All future papers should continue to be directed to the

5   undersigned counsel.

6   Dated: May 12, 2021             Respectfully submitted,

7                           BURNS CHAREST LLP

8                           */s/ Christopher J. Cormier*

9                           Christopher J. Cormier

10                          HERRERA KENNEDY LLP
      Shawn M. Kennedy (SBN 218472)

11    *skennedy@herrerakennedy.com*
      Bret D. Hembd (SBN 272826)

12    *bhembd@herrerakennedy.com*
      4590 MacArthur Blvd., Suite 500

13    Newport Beach, CA 92660
      Tel: (949) 936-0900

14    Fax: (855) 969-2050

15    HERRERA KENNEDY LLP
      Nicomedes Sy Herrera (SBN 275332)

16    *nherrera@herrerakennedy.com*
      Laura E. Seidl (SBN 269891)

17    *lseidl@herrerakennedy.com*
      1300 Clay Street, Suite 600

18    Oakland, California 94612
      Telephone: (510) 422-4700

19
      Michael W. Sobol (SBN 194857)

20    *msobol@lchb.com*
      Melissa Gardner (SBN 289096)

21    *mgardner@lchb.com*
      275 Battery Street, 29th Floor

22    San Francisco, CA 94111-3339
      Tel: (415) 956-1000

23    Fax: (415) 956-1008

24    LIEFF CABRASER HEIMANN &
      BERNSTEIN, LLP

25    Rachel Geman (Admitted *Pro Hac Vice*)
      *rgeman@lchb.com*

26    250 Hudson Street, 8th Floor
      New York, NY 10013-1413

27    Tel: (212) 355-9500
      Fax: (212) 355-9592

28

NOTICE OF WITHDRAWAL OF COUNSEL               CASE NO.  4:20-CV-03056-DMR

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Madeline M. Gomez (Admitted *Pro Hac Vice*)
*mgomez@lchb.com*
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Tel: (615) 313-9000
Fax: (212) 313-9965

BURNS CHAREST LLP
Christopher J. Cormier (Admitted *Pro Hac Vice*)
*ccormier@burnscharest.com*
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (Admitted *Pro Hac Vice*)
*wburns@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
C. Jacob Gower (Admitted *Pro Hac Vice*)
*jgower@burnscharest.com*
365 Canal Street, Suite 1170
New Orleans LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

*Attorneys for Plaintiffs and the Proposed Classes*

# CERTIFICATE OF SERVICE

On May 12, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another matter authorized by Fed. R. Civ. P. 5(b)(2).

DATED: May 12, 2021

*/s/ Christopher J. Cormier*

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

NOTICE OF WITHDRAWAL OF COUNSEL                    CASE NO.  4:20-CV-03056-DMR