COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
ELLIE BARCZAK (329180)
(ebarczak@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
Plaid Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Case No. 4:20-cv-03056-DMR |
|  | **NOTICE OF CHANGE OF ADDRESS** |
|  | Judge:      Donna M. Ryu |
| THIS DOCUMENT RELATES TO: | Trial Date: None Set |
| ALL ACTIONS |  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF CHANGE OF ADDRESS
No. 4:20-CV-3056-DMR

250918760

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its

3  San Francisco office as shown below:

4                              Cooley LLP
5                   3 Embarcadero Center, 20th Floor
                    San Francisco, CA 94111-4004

6
7      PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and

8  e-mail addresses remain the same.

9      All notices and other documents regarding this action should be sent to the above address

10 as of June 7, 2021.

11

12 Dated:  May 27, 2021                COOLEY LLP

13

14                                     By:        /s/ Michael G. Rhodes
                                              Michael G. Rhodes
15
                                       Attorneys for Defendant Plaid Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

2

Notice of Change of Address
No. 4:20-cv-3056-DMR

250918760