COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
CAMERON J. CLARK (313039)
(cclark@cooley.com)
ELLIE BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
Plaid Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:20-cv-03056-DMR<br><br>**NOTICE OF APPEARANCE OF CAMERON J. CLARK FOR DEFENDANT GOOGLE LLC**<br><br>Judge:      Donna M. Ryu<br><br>Trial Date: None Set |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Defendant Plaid Inc. ("Defendant") files this Notice of Appearance and hereby notifies the Court and all parties that Cameron J. Clark of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for Defendant in the above-referenced matter.

All pleadings, orders, notices, discovery, and other documents should be served on counsel at:

Cameron J. Clark
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: cclark@cooley.com
Telephone: (415) 693-2000
Fax: (415) 693-2222

Dated: June 9, 2021					COOLEY LLP

							 */s/ Cameron J. Clark*
							Cameron J. Clark (313039)
							Attorneys for Defendant
							GOOGLE LLC

Cooley LLP
Attorneys at Law
San Francisco

251075116

2

Notice of Appearance of Cameron J.
Clark For Def. Plaid Inc.
No. 4:20-cv-3056-DMR