HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (Pro Hac Vice)
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

BURNS CHAREST LLP
Christopher J. Cormier (Pro Hac Vice)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

(Additional counsel on signature page)

COOLEY LLP
Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Kyle C. Wong (SBN 224021)
kwong@cooley.com
Lauren J. Pomeroy (SBN 291604)
lpomeroy@cooley.com
Ellie Barczak (SBN 329180)
ebarczak@cooley.com
Cameron J. Clark (SBN 313039)
cclark@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2181
Fax: (415) 693-2222

*Attorneys for Defendant PLAID INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No.: 4:20-cv-03056-DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PROCEEDINGS**<br><br>Hon. Donna M. Ryu<br>Action Filed:   May 4, 2020<br>Trial Date:      None Set |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

1    Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Plaid Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 11, 2021, the Court set a case schedule through the hearing on class certification, and scheduled a Further Case Management Conference for July 7, 2021 at 1:30p.m. (ECF No. 120);

WHEREAS, the Parties have reached agreement on certain material terms for a settlement of this case;

WHEREAS, the Parties are working to finalize and execute a long form settlement agreement in the coming weeks, and aim to submit said agreement and supporting preliminary approval papers to the Court on or before July 29, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. All non-settlement proceedings in this action, including all deadlines set forth in the Court's February 11, 2021 Order (ECF No. 120), shall be stayed until July 29, 2021.
2. If a motion for preliminary approval of class action settlement is filed on or before July 29, 2021, non-settlement proceedings in this action shall remain stayed until further order of the Court.  The Further Case Management Conference scheduled for July 7, 2021 at 1:30p.m. shall be continued until a preliminary settlement approval hearing may be held on the earliest available date to be noticed upon filing of such papers.
3. If no motion for preliminary approval of class action settlement has been filed on or before July 29, 2021, the stay on non-settlement proceedings shall expire at 11:59 p.m. on that date. The Further Case Management Conference scheduled for July 7, 2021 at 1:30p.m. shall be continued to August 11, 2021 at 1:30p.m., or as soon thereafter as is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: June 16, 2021 | */s/ Rachel Geman* |

Rachel Geman (pro hac vice)
Rhea Ghosh (Pro Hac Vice)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
rgeman@lchb.com
rghosh@lchb.com
Telephone: (212) 355-9500
Fax: (212) 355-9592

Michael W. Sobol (SBN 194857)
Melissa A. Gardner (SBN 289096)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
msobol@lchb.com
mgardner@lchb.com
Telephone: (415) 956-1000
Fax: (415) 956-1008

Shawn M. Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
HERRERA KENNEDY LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
skennedy@herrerakennedy.com
bhembd@herrerakennedy.com
Telephone: (949) 936-0900
Fax: (855) 969-2050

Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
nherrera@herrerakennedy.com
lseidl@herrerakennedy.com
Telephone: (510) 422-4700

Christopher J. Cormier (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: ccormier@burnscharest.com

| | |
|---|---|
| | Warren T. Burns (pro hac vice)<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>wburns@burnscharest.com<br>Telephone: (469) 904-4550<br>Fax: (469) 444-5002 |
| | C. Jacob Gower (pro hac vice)<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans LA 70130<br>jgower@burnscharest.com<br>Telephone: (504) 799-2845<br>Fax: (504) 881-1765 |
| | *Interim Co-Lead Class Counsel* |
| Dated:  June 16, 2021 | */s/ Michael G. Rhodes*<br>Michael G. Rhodes (SBN 116127)<br>Whitty Somvichian (SBN 194463)<br>Kyle C. Wong (SBN 224021)<br>Lauren J. Pomeroy (SBN 291604)<br>Ellie Barczak (SBN 329180)<br>Cameron J. Clark (SBN 313039)<br>COOLEY LLP<br>rhodesmg@cooley.com<br>wsomvichian@cooley.com<br>kwong@cooley.com<br>lpomeroy@cooley.com<br>ebarczak@cooley.com<br>cclark@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2181<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant Plaid Inc.* |

Pursuant to Stipulation**, IT IS SO ORDERED**.

Dated:  _____         _____

Honorable Donna M. Ryu

**Filer's Attestation**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from counsel for Defendant Plaid Inc.

Dated: June 16, 2021           */s/ Rachel Geman*
                               Rachel Geman
                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2257096