HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (Pro Hac Vice)
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

BURNS CHAREST LLP
Christopher J. Cormier (Pro Hac Vice)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

(Additional counsel on signature page)

COOLEY LLP
Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Kyle C. Wong (SBN 224021)
kwong@cooley.com
Lauren J. Pomeroy (SBN 291604)
lpomeroy@cooley.com
Ellie Barczak (SBN 329180)
ebarczak@cooley.com
Cameron J. Clark (SBN 313039)
cclark@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2181
Fax: (415) 693-2222

*Attorneys for Defendant PLAID INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PROCEEDINGS AS MODIFIED**<br><br>Hon. Donna M. Ryu<br>Action Filed:   May 4, 2020<br>Trial Date:      None Set |

1   Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Plaid Inc.
2 (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as
3 follows:
4   WHEREAS, on February 11, 2021, the Court set a case schedule through the hearing on
5 class certification, and scheduled a Further Case Management Conference for July 7, 2021 at
6 1:30p.m. (ECF No. 120);
7   WHEREAS, the Parties have reached agreement on certain material terms for a
8 settlement of this case;
9   WHEREAS, the Parties are working to finalize and execute a long form settlement
10 agreement in the coming weeks, and aim to submit said agreement and supporting preliminary
11 approval papers to the Court on or before July 29, 2021.
12   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
13 the Parties, through their respective counsel and subject to the Court's approval, that:
14   1. All non-settlement proceedings in this action, including all deadlines set forth in the
15      Court's February 11, 2021 Order (ECF No. 120), shall be stayed until July 29, 2021.
16   2. If a motion for preliminary approval of class action settlement is filed on or before July
17      29, 2021, non-settlement proceedings in this action shall remain stayed until further order
18      of the Court.  The Further Case Management Conference scheduled for July 7, 2021 at
19      1:30p.m. shall be continued until a preliminary settlement approval hearing may be held
20      on the earliest available date to be noticed upon filing of such papers.
21   3. If no motion for preliminary approval of class action settlement has been filed on or
22      before July 29, 2021, the stay on non-settlement proceedings shall expire at 11:59 p.m. on
23      that date. The Further Case Management Conference scheduled for July 7, 2021 at
         1:30p.m. shall be continued to ~~August 11, 2021~~ **August 18, 2021** at 1:30p.m., or as soon thereafter as is
24      convenient for the Court.

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION PROCEEDINGS
CASE NO. 4:20-CV-03056-DMR

| | | |
|---|---|---|
| 1 | Dated: June 16, 2021 | */s/ Rachel Geman* |
| 2 | | Rachel Geman (pro hac vice)<br>Rhea Ghosh (Pro Hac Vice)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | 250 Hudson Street, 8th Floor<br>New York, NY 10013-1413 |
| 4 | | rgeman@lchb.com<br>rghosh@lchb.com |
| 5 | | Telephone: (212) 355-9500<br>Fax: (212) 355-9592 |

Michael W. Sobol (SBN 194857)
Melissa A. Gardner (SBN 289096)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
msobol@lchb.com
mgardner@lchb.com
Telephone: (415) 956-1000
Fax: (415) 956-1008

Shawn M. Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
HERRERA KENNEDY LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
skennedy@herrerakennedy.com
bhembd@herrerakennedy.com
Telephone: (949) 936-0900
Fax: (855) 969-2050

Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
nherrera@herrerakennedy.com
lseidl@herrerakennedy.com
Telephone: (510) 422-4700

Christopher J. Cormier (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: ccormier@burnscharest.com

|   |   |
|---|---|
| 1 | Warren T. Burns (pro hac vice) |
|   | BURNS CHAREST LLP |
| 2 | 900 Jackson Street, Suite 500 |
|   | Dallas, TX 75202 |
| 3 | wburns@burnscharest.com |
|   | Telephone: (469) 904-4550 |
| 4 | Fax: (469) 444-5002 |

C. Jacob Gower (pro hac vice)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans LA 70130
jgower@burnscharest.com
Telephone: (504) 799-2845
Fax: (504) 881-1765

*Interim Co-Lead Class Counsel*

Dated: June 16, 2021

*/s/ Michael G. Rhodes*
Michael G. Rhodes (SBN 116127)
Whitty Somvichian (SBN 194463)
Kyle C. Wong (SBN 224021)
Lauren J. Pomeroy (SBN 291604)
Ellie Barczak (SBN 329180)
Cameron J. Clark (SBN 313039)
COOLEY LLP
rhodesmg@cooley.com
wsomvichian@cooley.com
kwong@cooley.com
lpomeroy@cooley.com
ebarczak@cooley.com
cclark@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2181
Fax: (415) 693-2222

*Counsel for Defendant Plaid Inc.*

Pursuant to Stipulation, **IT IS SO ORDERED**.

**The Case Management Conference is continued to 8-18-21 at 1:30 pm. The parties shall file their joint CMC statement by 8-11-21.**

Dated: **June 17, 2021**

_____
Honorable Donna M. Ryu