| | |
|---|---|
| 1 | Andrew M. Purdy (CA State Bar No. 261912) |
| 2 | ANDREW M. PURDY, ATTORNEY AT LAW<br>15615 Alton Parkway, Suite 450 |
| 3 | Irvine, CA 92618<br>Tel: (949) 570-5500 |
| 4 | Fax: (949) 298-7234 |
| 5 | *Attorney for Plaintiff James Cottle* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PLAID PRIVACY PRIVACY LITIGATION | Master Docket No. 4:20-cv-03056-DMR |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE OF ANDREW M. PURDY AS COUNSEL FOR PLAINTIFF JAMES COTTLE** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Andrew M. Purdy (CA State Bar No. 261912) hereby appears as counsel of record for Plaintiff James Cottle. Mr. Purdy's contact information is as follows: Andrew M. Purdy, Attorney at Law, 15615 Alton Parkway, Suite 450, Irvine, CA 92618, (949) 570-5500 (telephone) and (949) 298-7234 (fax).

Counsel respectfully requests to be included by email on the Court's notification of electronic filings in this action at: *amp@purdylegal.com*. Copies of all future pleadings, motions, and other papers filed in this matter should be served on the undersigned.

Mr. Purdy is admitted to practice and in good standing in the State of California and the United States District Court for the Northern District of California.

Dated: August 3, 2021                                             Respectfully submitted,

                                                                                    ANDREW M. PURDY, ATTORNEY AT LAW

                                                                                    By:  */s/ Andrew M. Purdy*
                                                                                                Andrew M. Purdy

                                                                                    *Attorneys for Plaintiff James Cottle*