| | |
|---|---|
| HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (Pro Hac Vice)<br>rgeman@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br><br>BURNS CHAREST LLP<br>Christopher J. Cormier (Pro Hac Vice)<br>ccormier@burnscharest.com<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002<br><br>*Interim Co-Lead Class Counsel*<br><br>(Additional counsel on signature page) | COOLEY LLP<br>Michael G. Rhodes (SBN 116127)<br>rhodesmg@cooley.com<br>Whitty Somvichian (SBN 194463)<br>wsomvichian@cooley.com<br>Kyle C. Wong (SBN 224021)<br>kwong@cooley.com<br>Lauren J. Pomeroy (SBN 291604)<br>lpomeroy@cooley.com<br>Ellie Barczak (SBN 329180)<br>ebarczak@cooley.com<br>Cameron J. Clark (SBN 313039)<br>cclark@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2181<br>Fax: (415) 693-2222<br><br>*Attorneys for Defendant PLAID INC.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Donna M. Ryu<br>Action Filed: May 4, 2020<br>Trial Date: None Set |

1   Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Plaid Inc.
2   (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as
3   follows:
4   WHEREAS, as a result of months-long settlement efforts, on June 11, 2021, the Parties
5   reached agreement on certain material settlement terms;
6   WHEREAS on June 16, 2021, the Parties filed a stipulation to stay all non-settlement
7   proceedings in this action until July 29, 2021, pending finalization and execution of a long form
8   settlement agreement (Dkt. 132), which was granted on June 17, 2021 (Dkt. 133);
9   WHEREAS, over the following weeks, the Parties have worked diligently to negotiate the
10  finer points of a comprehensive settlement of this action;
11  WHEREAS, on July 30, 2021, the Parties executed a settlement agreement to resolve the
12  claims in this action on a classwide basis (the "Settlement");
13  WHEREAS, Plaintiffs intend to file a motion for preliminary approval of the proposed
14  Settlement promptly (within one business day) on receipt of the Court's order on this stipulation;
15  WHEREAS, the documents Plaintiffs intend to file comprising preliminary approval are
16  attached as Exhibits A – F, with Exhibit A being the Notice of Motion and Motion; Exhibit B
17  being the Memorandum of Points and Authorities in Support of the Motion; Exhibit C being the
18  Declaration of Shawn M. Kennedy, with exhibits; Exhibit D being the Declaration of Steven
19  Weisbrot, with exhibits; Exhibit E being the Declaration of the Honorable Jay C. Gandhi (Ret.);
20  and Exhibit F being the Proposed Order Granting Preliminary Approval of Settlement;
21  WHEREAS, pursuant to Local Rule 7-4(b), Plaintiffs' memorandum in support of their
22  motion for preliminary settlement approval may not exceed 25 pages unless the Court orders
23  otherwise; and
24  WHEREAS, Interim Class and Co-Lead Plaintiffs' Counsel have concluded that up to 40
25  pages will be required to fully address the requirements for the propriety of eventual certification
26  of the settlement class and preliminary approval under Federal Rule of Civil Procedure 23 and
27  this District's Procedural Guidance for Class Action Settlements, and Plaid does not oppose an
28  expansion of the page limits for Plaintiffs' memorandum in support of their motion for

preliminary approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The page limit for the memorandum in support of Plaintiffs' motion for preliminary settlement approval is extended to 40 pages.

2. The Plaintiffs are ordered to file the documents attached as Exhibits A-F.

3. The Case Management Conference set for August 18, 2021 is taken off calendar, and Plaintiffs' motion for preliminary approval is set for August 26, 2021 at 1:30 p.m.

Dated: August 5, 2021

Respectfully submitted,

HERRERA KENNEDY LLP

By: */s/ Shawn M. Kennedy*
    Shawn M. Kennedy

Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
Bret D. Hembd (SBN 272826)
bhembd@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Telephone: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
nherrera@herrerakennedy.com
Laura E. Seidl (SBN 269891)
lseidl@herrerakennedy.com
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Rachel Geman (Pro Hac Vice)
rgeman@lchb.com
Rhea Ghosh (Pro Hac Vice)
rghosh@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

|   |   |   |
|---|---|---|
| 1 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
| 3 | | Melissa Gardner (SBN 289096) |
| | | mgardner@lchb.com |
| 4 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 5 | | Tel: (415) 956-1000 |
| | | Fax: (415) 956-1008 |
| 6 | | |
| | | BURNS CHAREST LLP |
| 7 | | Christopher J. Cormier (Pro Hac Vice) |
| | | ccormier@burnscharest.com |
| 8 | | 4725 Wisconsin Avenue, NW |
| | | Washington, DC 20016 |
| 9 | | Tel: (202) 577-3977 |
| | | Fax: (469) 444-5002 |
| 10 | | |
| | | BURNS CHAREST LLP |
| 11 | | Warren T. Burns (Pro Hac Vice) |
| | | wburns@burnscharest.com |
| 12 | | 900 Jackson Street, Suite 500 |
| | | Dallas, TX 75202 |
| 13 | | Tel: (469) 904-4550 |
| | | Fax: (469) 444-5002 |
| 14 | | |
| | | *Interim Co-Lead Class Counsel* |
| 15 | | |
| 16 | Dated: August 5, 2021 | COOLEY LLP |
| 17 | | By: */s/ Whitty Somvichian* |
| | | Whitty Somvichian |
| 18 | | |
| 19 | | Michael G. Rhodes (SBN 116127) |
| | | rhodesmg@cooley.com |
| | | Whitty Somvichian (SBN 194463) |
| 20 | | wsomvichian@cooley.com |
| | | Kyle C. Wong (SBN 287653) |
| 21 | | kwong@cooley.com |
| | | Lauren J. Pomeroy (SBN 291604) |
| 22 | | lpomeroy@cooley.com |
| | | Ellie Barczak (SBN 329180) |
| 23 | | ebarczak@cooley.com |
| | | Cameron J. Clark (SBN 313039) |
| 24 | | cclark@cooley.com |
| | | 101 California Street, 5th Floor |
| 25 | | San Francisco, CA 94111-5800 |
| | | Tel: (415) 693-2181 |
| 26 | | Fax: (415) 693-2222 |
| 27 | | *Attorneys for Defendant Plaid Inc.* |
| 28 | | |

- 4 -

STIPULATION AND PROPOSED ORDER RE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 4:20-CV-03056-DMR

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**

3  Dated: _____, 2021

                                                                                          Honorable Donna M. Ryu
                                                                                          UNITED STATES MAGISTRATE JUDGE

**Filer's Attestation**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from counsel for Defendant Plaid Inc.

Dated: August 5, 2021           */s/ Shawn M. Kennedy*
                                Shawn M. Kennedy
                                HERRERA KENNEDY LLP