HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (Pro Hac Vice)
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

BURNS CHAREST LLP
Christopher J. Cormier (Pro Hac Vice)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

(Additional counsel on signature page)

COOLEY LLP
Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Kyle C. Wong (SBN 224021)
kwong@cooley.com
Lauren J. Pomeroy (SBN 291604)
lpomeroy@cooley.com
Ellie Barczak (SBN 329180)
ebarczak@cooley.com
Cameron J. Clark (SBN 313039)
cclark@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2181
Fax: (415) 693-2222

*Attorneys for Defendant PLAID INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No.: 4:20-cv-03056-DMR |
| | **STIPULATION AND ORDER (AS MODIFIED) RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Donna M. Ryu<br>Action Filed:     May 4, 2020<br>Trial Date:       None Set |

Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Plaid Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, as a result of months-long settlement efforts, on June 11, 2021, the Parties reached agreement on certain material settlement terms;

WHEREAS on June 16, 2021, the Parties filed a stipulation to stay all non-settlement proceedings in this action until July 29, 2021, pending finalization and execution of a long form settlement agreement (Dkt. 132), which was granted on June 17, 2021 (Dkt. 133);

WHEREAS, over the following weeks, the Parties have worked diligently to negotiate the finer points of a comprehensive settlement of this action;

WHEREAS, on July 30, 2021, the Parties executed a settlement agreement to resolve the claims in this action on a classwide basis (the "Settlement");

WHEREAS, Plaintiffs intend to file a motion for preliminary approval of the proposed Settlement promptly (within one business day) on receipt of the Court's order on this stipulation;

WHEREAS, the documents Plaintiffs intend to file comprising preliminary approval are attached as Exhibits A – F, with Exhibit A being the Notice of Motion and Motion; Exhibit B being the Memorandum of Points and Authorities in Support of the Motion; Exhibit C being the Declaration of Shawn M. Kennedy, with exhibits; Exhibit D being the Declaration of Steven Weisbrot, with exhibits; Exhibit E being the Declaration of the Honorable Jay C. Gandhi (Ret.); and Exhibit F being the Proposed Order Granting Preliminary Approval of Settlement;

WHEREAS, pursuant to Local Rule 7-4(b), Plaintiffs' memorandum in support of their motion for preliminary settlement approval may not exceed 25 pages unless the Court orders otherwise; and

WHEREAS, Interim Class and Co-Lead Plaintiffs' Counsel have concluded that up to 40 pages will be required to fully address the requirements for the propriety of eventual certification of the settlement class and preliminary approval under Federal Rule of Civil Procedure 23 and this District's Procedural Guidance for Class Action Settlements, and Plaid does not oppose an expansion of the page limits for Plaintiffs' memorandum in support of their motion for

1   preliminary approval;

2          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

3   the Parties, through their respective counsel and subject to the Court's approval, that:

4          1.      The page limit for the memorandum in support of Plaintiffs' motion for

5   preliminary settlement approval is extended to 40 pages.

6          2.      The Plaintiffs are ordered to file the documents attached as Exhibits A-F.

7          3.      The Case Management Conference set for August 18, 2021 is taken off calendar,

8   and Plaintiffs' motion for preliminary approval is set for ~~August 26, 2021 at 1:30 p.m.~~ **September 30, 2021 at 1:00 p.m. in Oakland, - Videoconference only.**

9

10   Dated: August 5, 2021                     Respectfully submitted,

11                                             HERRERA KENNEDY LLP

12                                             By: */s/ Shawn M. Kennedy*
                                                   Shawn M. Kennedy

13

14                                             Shawn M. Kennedy (SBN 218472)
                                               skennedy@herrerakennedy.com
15                                             Bret D. Hembd (SBN 272826)
                                               bhembd@herrerakennedy.com
16                                             4590 MacArthur Blvd., Suite 500
                                               Newport Beach, CA 92660
17                                             Telephone: (949) 936-0900
                                               Fax: (855) 969-2050

18                                             HERRERA KENNEDY LLP
                                               Nicomedes Sy Herrera (SBN 275332)
19                                             nherrera@herrerakennedy.com
                                               Laura E. Seidl (SBN 269891)
20                                             lseidl@herrerakennedy.com
                                               1300 Clay Street, Suite 600
21                                             Oakland, CA 94612
                                               Telephone: (510) 422-4700
22                                             Fax: (855) 969-2050

23                                             LIEFF CABRASER HEIMANN &
                                               BERNSTEIN, LLP
24                                             Rachel Geman (Pro Hac Vice)
                                               rgeman@lchb.com
25                                             Rhea Ghosh (Pro Hac Vice)
                                               rghosh@lchb.com
26                                             250 Hudson Street, 8th Floor
                                               New York, NY 10013-1413
27                                             Tel: (212) 355-9500
                                               Fax: (212) 355-9592

28

STIPULATION AND ORDER (AS
MODIFIED) RE  MOTION FOR
PRELIMINARY APPROVAL
CASE NO. 4:20-CV-03056-DMR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Christopher J. Cormier (Pro Hac Vice)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (Pro Hac Vice)
wburns@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

Dated: August 5, 2021                    COOLEY LLP

By:  */s/ Whitty Somvichian*
     Whitty Somvichian

     Michael G. Rhodes (SBN 116127)
     rhodesmg@cooley.com
     Whitty Somvichian (SBN 194463)
     wsomvichian@cooley.com
     Kyle C. Wong (SBN 287653)
     kwong@cooley.com
     Lauren J. Pomeroy (SBN 291604)
     lpomeroy@cooley.com
     Ellie Barczak (SBN 329180)
     ebarczak@cooley.com
     Cameron J. Clark (SBN 313039)
     cclark@cooley.com
     101 California Street, 5th Floor
     San Francisco, CA 94111-5800
     Tel:  (415) 693-2181
     Fax: (415) 693-2222

     *Attorneys for Defendant Plaid Inc.*

STIPULATION AND ORDER (AS
MODIFIED) RE  MOTION FOR
PRELIMINARY APPROVAL
CASE NO. 4:20-CV-03056-DMR

1    PURSUANT TO STIPULATION, **IT IS SO ORDERED AS MODIFIED.**

2

3    Dated:  August 6 , 2021

4

5

6

7

8                                      _____

9                                      HONORABLE DONNA M. RYU
                                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Filer's Attestation**

2       In accordance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that

3 the concurrence to the filing of this document has been obtained from counsel for Defendant Plaid

4 Inc.

5   Dated:  August 5, 2021        */s/ Shawn M. Kennedy*

Shawn M. Kennedy

6                                    HERRERA KENNEDY LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER (AS
MODIFIED) RE  MOTION FOR
PRELIMINARY APPROVAL
CASE NO. 4:20-CV-03056-DMR