HERRERA KENNEDY LLP
Shawn M. Kennedy (SBN 218472)
skennedy@herrerakennedy.com
Bret D. Hembd (SBN 272826)
bhembd@herrerakennedy.com
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
Fax: (855) 969-2050

HERRERA KENNEDY LLP
Nicomedes Sy Herrera (SBN 275332)
nherrera@herrerakennedy.com
Laura E. Seidl (SBN 269891)
lseidl@herrerakennedy.com
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Rachel Geman (Pro Hac Vice)
rgeman@lchb.com
Rhea Ghosh (Pro Hac Vice)
rghosh@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

BURNS CHAREST LLP
Warren T. Burns (Pro Hac Vice)
wburns@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
Christopher J. Cormier (Pro Hac Vice)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       Sept. 30, 2021<br>Time:      1:00 p.m.<br>Courtroom: via videoconference only<br>Judge:     The Hon. Donna M. Ryu |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Caroline Anderson, James Cottle, Rachel Curtis, David Evans, Logan Mitchell, Alexis Mullen, Jordan Sacks, Frederick Schoeneman, Gabriel Sotelo, Jeffrey Umali, and Nicholas Yeomelakis (together, "Plaintiffs") will move the Court for an order, pursuant to Federal Rule of Civil Procedure ("Rule") 23(e), granting preliminary approval of the proposed class action Settlement Agreement[1] entered into by Plaintiffs and Defendant Plaid Inc. ("Plaid") (collectively, "Parties"), on September 30, 2021 at 1:00 p.m., in Oakland, CA via videoconference only, before The Honorable Donna M. Ryu, United States Magistrate Judge for the Northern District of California, consistent with the following:

a. Granting preliminary approval of the proposed Settlement Agreement entered into between the Parties;

b. Determining that the Court, at the final approval stage, will likely certify the settlement Class as defined in the Settlement Agreement;

c. Appointing Plaintiffs as Class Representatives of the proposed Class;

d. Appointing Shawn Kennedy of Herrera Kennedy LLP ("HK"), Rachel Geman of Lieff Cabraser Heimann & Bernstein LLP ("LCHB"), and Christopher Cormier of Burns Charest LLP ("BC") as Class Counsel for the proposed Class;

e. Approving the Parties' proposed Notice Program outlined herein, including the proposed "Notice of Class Action Settlement" Long Form ("Long Form Notice"), and directing that notice be disseminated pursuant to the Notice Program;[2]

f. Appointing Angeion Group, LLC as Notice Administrator, and directing Angeion to carry out the duties and responsibilities of the Class Administrator specified in the Settlement Agreement;

g. Staying all non-settlement related proceedings in the above-captioned case pending final approval of the Settlement Agreement; and

h. Setting a Fairness Hearing and certain other dates in connection with the final approval of the Settlement Agreement.

---

[1] *See* Settlement Agreement of July 30, 2021, attached as Exhibit A to the Declaration of Shawn M. Kennedy ("Kennedy Decl.") filed herewith.

[2] *See* Declaration of Steven Weisbrot, Esq. of Angeion Group LLC ("Angeion"); and Long Form Notice attached as Exhibit C to the Settlement Agreement (Kennedy Decl., Ex. A).

1  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of
2  Points and Authorities, the Declaration of Shawn M. Kennedy, with supporting exhibits; the
3  Declaration of Steven Weisbrot, Esq. of Angeion with supporting exhibits; the Declaration of The
4  Honorable Jay C. Gandhi (ret.); the argument of counsel, all papers and records on file in this
5  matter; and such other matters as the Court may consider.

Dated: August 6, 2021                                Respectfully submitted,

                                                     HERRERA KENNEDY LLP

                                                     By: */s/ Shawn Kennedy*
                                                         Shawn M. Kennedy

                                                         Shawn M. Kennedy (SBN 218472)
                                                         skennedy@herrerakennedy.com
                                                         Bret D. Hembd (SBN 272826)
                                                         bhembd@herrerakennedy.com
                                                         4590 MacArthur Blvd., Suite 500
                                                         Newport Beach, CA 92660
                                                         Telephone: (949) 936-0900
                                                         Fax: (855) 969-2050

                                                     HERRERA KENNEDY LLP
                                                         Nicomedes Sy Herrera (SBN 275332)
                                                         nherrera@herrerakennedy.com
                                                         Laura E. Seidl (SBN 269891)
                                                         lseidl@herrerakennedy.com
                                                         1300 Clay Street, Suite 600
                                                         Oakland, CA 94612
                                                         Telephone: (510) 422-4700
                                                         Fax: (855) 969-2050


                                                     By: */s/ Rachel Geman*
                                                         Rachel Geman

                                                         LIEFF CABRASER HEIMANN &
                                                         BERNSTEIN, LLP
                                                         Rachel Geman (*Pro Hac Vice*)
                                                         rgeman@lchb.com
                                                         Rhea Ghosh (*Pro Hac Vice*)
                                                         rghosh@lchb.com
                                                         250 Hudson Street, 8th Floor
                                                         New York, NY 10013-1413

|     |     |
| --- | --- |
| 1   | Tel: (212) 355-9500 |
| 2   | Fax: (212) 355-9592 |
| 3   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4   | Michael W. Sobol (SBN 194857) |
|     | msobol@lchb.com |
| 5   | Melissa Gardner (SBN 289096) |
|     | mgardner@lchb.com |
| 6   | 275 Battery Street, 29th Floor |
| 7   | San Francisco, CA 94111-3339 |
|     | Tel: (415) 956-1000 |
| 8   | Fax: (415) 956-1008 |

BURNS CHAREST LLP

By: */s/ Christopher Cormier*
    Christopher J. Cormier

Christopher J. Cormier (*Pro Hac Vice*)
ccormier@burnscharest.com
4725 Wisconsin Avenue, NW
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (*Pro Hac Vice*)
wburns@burnscharest.com
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

*Interim Co-Lead Class Counsel*