# EXHIBIT B

**Selected Relevant Settlements and Distributions (Reverse Chronological)**

| Case | Nature of Claims / Alleged Conduct | Class size and method(s) of notice | Class recovery and relief | Fees, costs, and cy pres distributions |
|---|---|---|---|---|
| *Campbell, et al. v. Facebook*, 13-cv-05996-PJH (N.D. Cal.)<br><br>Final approval granted August 18, 2017;<br><br>Affirmed on appeal via Case No. No. 17-16873 (9th Cir.) March 3, 2020. | Invasion of privacy and unlawful use personal data. | <u>Class size:</u> 190 million<br><br><u>Notice:</u> Published on Class Counsel's public websites. | The settlement provided for confirmation of changes to Facebook's business practices and implementation of changes to Facebook's disclosures and Help Center materials regarding its scanning practices resulting in benefit to the certified litigation class of Facebook users who alleged that Facebook violated the Wiretap Act, and other laws, by intercepting the contents of messages that were sent over a Facebook messaging service. | $3,236,304.69 attorneys' fees; $653,695.31 for reimbursement of expenses. |
| *Matera et al. v. Google LLC*, No. 5:15-cv-04062 (N.D. Cal.)<br><br>Final approval granted February 9, 2018. | Data privacy. | <u>Class size:</u> 10 million<br><br><u>Notice:</u> Publication | Three-year injunction barring Google from processing email content from non-Gmail users for advertising purposes. | $2.2 million attorneys' fees; $51,421.93 for expenses; and administrative costs of $123,500. |
| *Ebarle et al. v. LifeLock Inc.*, No. 3:15-cv-00258 (N.D. Cal.)<br><br>Final approval granted September 20, 2016. | Data breach and failure to protect subscribers' personal information. | <u>Class size:</u> Nationwide. Class was estimated 6.8 million.<br><br>A subclass based on time period was estimated to 3.4 million. | $68 million settlement fund.<br><br>Approximately $20 for Settlement Class Members who make claims. $16 for Settlement Subclass Members who do not make claims, and $36 for Settlement Subclass Members who make claims pro rata. | $10.2 million attorneys' fees. $2,000 service award for each named plaintiff. $2.6 million in settlement notice and administrative costs. |

1

**Selected Relevant Settlements and Distributions (Reverse Chronological)**

| Case | Nature of Claims / Alleged Conduct | Class size and method(s) of notice | Class recovery and relief | Fees, costs, and cy pres distributions |
|---|---|---|---|---|
| | | Notice: Direct, individual notice via email or mail (utilizing Defendant's internal records); Settlement website; publication in a 1/8th page advertisement in *USA Today* | Defendant made changes to its advertisements and practices, consisting of technical improvements, and providing alerts during unplanned system outages. | Over the course of two distribution rounds, class members received monetary relief totaling approximately the amount each paid for one month of enrollment in Defendant's services. |
| *Perkins, et al. v. LinkedIn Corp.*, No. 13-cv-04303 (N.D. Cal.)<br><br>Final approval granted February 16, 2016. | Unauthorized use of consumer names and likeness in spam / unsolicited advertisements. | Class size: 20.8 million class members<br><br>Notice: E-mail notice program and a dedicated settlement website. | $13 million settlement fund.<br><br>Changes to LinkedIn's business practices to improve user control over invitation e-mails and changes to LinkedIn's disclosures.<br><br>Class members' submission of 441,161 valid claims resulted in *pro rata* compensation of $20.43 payments to each claiming class member. | $3.25 million attorneys' fees and expenses; $716,750 administrative costs; $1,041,996 in funds from uncashed checks distributed in equal parts to Access Now, Electronic Privacy Information Center, and Network for Teaching Entrepreneurship as *cy pres* recipients. |

2