COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
ELLIE BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorneys for Defendant
PLAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:20-cv-03056-DMR<br><br>**DECLARATION OF JOHN PITTS IN RESPONSE TO THE COURT'S REQUEST RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (D146)**<br><br>Dept:   Courtroom 4 – 3rd Floor<br>Judge:  Donna M. Ryu<br><br>Trial Date: None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JOHN PITTS IN RESPONSE
TO THE COURT'S REQUEST (D146)
NO. 4:20-CV-3056-DMR

I, John Pitts, declare as follows:

1. I am the Head of Policy at Plaid Inc. ("Plaid") and have held this role since September 2018.

2. My responsibilities as Plaid's Head of Policy include representing Plaid in discussions with governments, policymakers, consumer groups, and trade associations; developing and executing Plaid's policy engagement strategy; and understanding and articulating Plaid's role in the larger Open Finance ecosystem.

3. As the Head of Policy at Plaid, I regularly liaise with stakeholders across Plaid, including colleagues working in Engineering, Product, Legal, Risk, and Revenue, to stay informed and updated about Plaid's business practices and operations.

4. The following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

**Plaid's Data Practices**

5. Plaid provides technology that enables consumers to connect their bank accounts and other financial accounts to fintech apps and services of their choosing.

6. When a consumer chooses to connect their bank account to their chosen app or service through Plaid, they share certain information with Plaid and other authorized parties, such as the developer of the app or service they are using.

7. Plaid's collection, use, and disclosure of such consumer-permissioned data is described in its End User Privacy Policy, which is available on Plaid's website at plaid.com/legal.

8. As outlined in Plaid's End User Privacy Policy, Plaid does not sell or rent the personal information it collects about consumers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7th day of October 2021, in Washington D.C.

By:    /s/ *John Pitts*
        JOHN PITTS
        HEAD OF POLICY PLAID INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF JOHN PITTS IN RESPONSE
TO THE COURT'S REQUEST (D146)
NO. 4:20-CV-3056-DMR

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the signatory. Executed on October 7, 2021, in Oakland, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

257862058