1  Matthew J. Geyer (admitted *Pro Hac Vice*)
   MGeyer@RobinsKaplan.com
2  **ROBINS KAPLAN LLP**
   900 Third Avenue, Suite 1900
3  New York, NY 10022
   Telephone: (212) 980-7400
4  Facsimile: (212) 980-7499

5  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Case No. 4:20-cv-03056-DMR |
| | Magistrate Judge Donna M. Ryu |
| THIS DOCUMENT RELATES TO: | **NOTICE OF CHANGE OF ADDRESS FOR ROBINS KAPLAN LLP, MATTHEW J. GEYER** |
| ALL ACTIONS | |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Attorney Matthew J. Geyer files this Notice of Change of Address and hereby notifies the Court and all parties that the law firm of Robins Kaplan LLP located at 399 Park Avenue, Suite 3600, New York, NY 10022 has changed their address to:

> ROBINS KAPLAN LLP
> 900 Third Avenue, Suite 1900
> New York, NY 10022

All Pleadings, orders, notices, discovery, and other documents should be served on counsel at:

> ROBINS KAPLAN LLP
> 900 Third Avenue, Suite 1900
> New York, NY 10022
> Email: MGeyer@robinskaplan.com
> Tel: (212) 980-7400
> Fax: (212) 980-7499

Dated: October 19, 2021

*/s/ Matthew J. Geyer*
Matthew J. Geyer (admitted *Pro Hac Vice*)
**ROBINS KAPLAN LLP**
900 Third Avenue, Suite 1900
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
MGeyer@robinskaplan.com

*Attorney for Plaintiffs*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF CHANGE OF ADDRESS
FOR ROBINS KAPLAN LLP, MATTHEW J. GEYER
- 1 -
CASE NO: 4:20-CV-03056-DMR

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Matthew J. Geyer*
Matthew J. Geyer