| | |
|---|---|
| HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>*skennedy@herrerakennedy.com*<br>Bret D. Hembd (SBN 272826)<br>*bhembd@herrerakennedy.com*<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>*msobol@lchb.com*<br>Melissa Gardner (SBN 289096)<br>*mgardner@lchb.com*<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008 |
| HERRERA KENNEDY LLP<br>Nicomedes Sy Herrera (SBN 275332)<br>*nherrera@herrerakennedy.com*<br>Laura E. Seidl (SBN 269891)<br>*lseidl@herrerakennedy.com*<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Tel: (510) 422-4700<br>Fax: (855) 969-2050 | BURNS CHAREST LLP<br>Christopher J. Cormier (*Pro Hac Vice*)<br>*ccormier@burnscharest.com*<br>4725 Wisconsin Avenue, NW<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002 |
| LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (*Pro Hac Vice*)<br>*rgeman@lchb.com*<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592 | BURNS CHAREST LLP<br>Warren T. Burns (*Pro Hac Vice*)<br>*wburns@burnscharest.com*<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Tel: (469) 904-4550<br>Fax: (469) 444-5002 |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 4:20-cv-03056-DMR<br><br>**STATEMENT OF RECENT DECISION**<br><br>Hon. Donna M. Ryu<br><br>Date: September 30, 2021<br><br>Time: 1:00 pm |

**TO THE COURT AND EACH PARTY AND ATTORNEY OF RECORD FOR EACH PARTY:**

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully inform the Court of a recent decision relevant to their Motion for Preliminary Approval of Class Action Settlement, which was heard on September 30, 2021.

Attached hereto as **Exhibit A** is a copy of the Order Granting Preliminary Approval of Class Action Settlement and Approving Form and Content of Class Notice in *In re: Zoom Video Communications, Inc. Privacy Litigation*, 5:20-cv-02155-LHK ("*Zoom Video*"), ECF No. 204, which issued on October 21, 2021. Attached hereto as **Exhibit B** is the Motion for Preliminary Approval of Proposed Class Action Settlement and Memorandum of Points and Authorities in Support Thereof, *Zoom Video*, ECF No. 190.

In *Zoom Video*, U.S. District Judge Lucy Koh granted preliminary approval to a proposed nationwide settlement under privacy-law claims (*see* **Ex. A**) where the plaintiffs presented an estimated claims rate of between one and five percent for paid subscribers, and one and two percent for non-paying subscribers, and recoveries of approximately $34–35 and $11–12, respectively (*see* **Ex. B** at 15).

Dated: October 26, 2021        Respectfully submitted,

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                    By: */s/ Rachel Geman*
                                         Rachel Geman

                                         Michael W. Sobol (SBN 194857)
                                         msobol@lchb.com
                                         Melissa Gardner (SBN 289096)
                                         mgardner@lchb.com
                                         275 Battery Street, 29th Floor
                                         San Francisco, CA 94111-3339
                                         Tel: (415) 956-1000
                                         Fax: (415) 956-1008

|    |                            |                                                                                                                                                                                                                                                                        |
|----|----------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                            | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP                                                                                                                                                                                                                                |
| 2  |                            | Rachel Geman (*Pro Hac Vice*)<br>rgeman@lchb.com                                                                                                                                                                                                                       |
| 3  |                            | 250 Hudson Street, 8th Floor<br>New York, NY 10013-1413                                                                                                                                                                                                                |
| 4  |                            | Tel: (212) 355-9500<br>Fax: (212) 355-9592                                                                                                                                                                                                                             |
| 5  |                            |                                                                                                                                                                                                                                                                        |
| 6  | Dated:  October 26, 2021   | HERRERA KENNEDY LLP                                                                                                                                                                                                                                                    |
| 7  |                            | By:  */s/ Shawn Kennedy*<br>      Shawn M. Kennedy                                                                                                                                                                                                                     |
| 8  |                            |                                                                                                                                                                                                                                                                        |
| 9  |                            | Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com                                                                                                                                                                                                           |
| 10 |                            | Bret D. Hembd (SBN 272826)<br>bhembd@herrerakennedy.com                                                                                                                                                                                                                |
| 11 |                            | 4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660                                                                                                                                                                                                             |
| 12 |                            | Tel: (949) 936-0900<br>Fax: (855) 969-2050                                                                                                                                                                                                                             |
| 13 |                            |                                                                                                                                                                                                                                                                        |
| 14 |                            | HERRERA KENNEDY LLP<br>Nicomedes Sy Herrera (SBN 275332)                                                                                                                                                                                                               |
| 15 |                            | nherrera@herrerakennedy.com<br>Laura E. Seidl (SBN 269891)                                                                                                                                                                                                             |
| 16 |                            | lseidl@herrerakennedy.com<br>1300 Clay Street, Suite 600                                                                                                                                                                                                               |
| 17 |                            | Oakland, California 94612<br>Telephone: (510) 422-4700                                                                                                                                                                                                                 |
| 18 |                            | Fax:  (855) 969-2050                                                                                                                                                                                                                                                   |
| 19 | Dated:  October 26, 2021   | BURNS CHAREST LLP                                                                                                                                                                                                                                                      |
| 20 |                            |                                                                                                                                                                                                                                                                        |
| 21 |                            | By:  */s/ Christopher Cormier*<br>      Christopher J. Cormier                                                                                                                                                                                                         |
| 22 |                            |                                                                                                                                                                                                                                                                        |
| 23 |                            | Christopher J. Cormier (*Pro Hac Vice*)<br>ccormier@burnscharest.com                                                                                                                                                                                                   |
| 24 |                            | 4725 Wisconsin Avenue, NW<br>Washington, DC 20016                                                                                                                                                                                                                      |
| 25 |                            | Tel: (202) 577-3977<br>Fax: (469) 444-5002                                                                                                                                                                                                                             |
| 26 |                            |                                                                                                                                                                                                                                                                        |
| 27 |                            |                                                                                                                                                                                                                                                                        |
| 28 |                            |                                                                                                                                                                                                                                                                        |

|   |   |
|---|---|
| 1 | BURNS CHAREST LLP |
| 2 | Warren T. Burns (*Pro Hac Vice*) |
|   | wburns@burnscharest.com |
| 3 | 900 Jackson Street, Suite 500 |
|   | Dallas, TX 75202 |
| 4 | Tel: (469) 904-4550 |
|   | Fax: (469) 444-5002 |
| 5 |   |
| 6 |   |
|   | *Interim Co-Lead Class Counsel* |

- 3 -

STATEMENT OF RECENT DECISION
CASE NO. 4:20-CV-03056-DMR