| | |
|---|---|
| HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com<br>Bret D. Hembd (SBN 272826)<br>bhembd@herrerakennedy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>HERRERA KENNEDY LLP<br>Nicomedes Sy Herrera (SBN 275332)<br>nherrera@herrerakennedy.com<br>Laura E. Seidl (SBN 269891)<br>lseidl@herrerakennedy.com<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Tel: (510) 422-4700<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (*Pro Hac Vice* to be Filed)<br>rgeman@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br><br>BURNS CHAREST LLP<br>Warren T. Burns (*Pro Hac Vice*)<br>wburns@burnscharest.com<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Tel: (469) 904-4550<br>Fax: (469) 444-5002<br><br>BURNS CHAREST LLP<br>Christopher J. Cormier (*Pro Hac Vice*)<br>ccormier@burnscharest.com<br>4725 Wisconsin Avenue, NW<br>Suite 200<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002 |

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION | Master Docket No.: 4:20-cv-03056-DMR |
| THIS DOCUMENT RELATES TO:<br><br>**All Actions** | **NOTICE OF WITHDRAWAL OF COUNSEL** |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Brittney Johnson is no longer an attorney at Burns Charest LLP and is withdrawn as counsel of record for the proposed class. Burns Charest LLP continues to represent plaintiffs as Interim Co-Lead Class Counsel. All future papers should continue to be directed to the undersigned counsel.

Dated: November 17, 2021              Respectfully submitted,

                                      BURNS CHAREST LLP

                                      */s/ Christopher J. Cormier*
                                      Christopher J. Cormier

                                      HERRERA KENNEDY LLP
                                      Shawn M. Kennedy (SBN 218472)
                                      *skennedy@herrerakennedy.com*
                                      Bret D. Hembd (SBN 272826)
                                      *bhembd@herrerakennedy.com*
                                      4590 MacArthur Blvd., Suite 500
                                      Newport Beach, CA 92660
                                      Tel: (949) 936-0900
                                      Fax: (855) 969-2050

                                      HERRERA KENNEDY LLP
                                      Nicomedes Sy Herrera (SBN 275332)
                                      *nherrera@herrerakennedy.com*
                                      Laura E. Seidl (SBN 269891)
                                      *lseidl@herrerakennedy.com*
                                      1300 Clay Street, Suite 600
                                      Oakland, California 94612
                                      Telephone: (510) 422-4700

                                      Michael W. Sobol (SBN 194857)
                                      *msobol@lchb.com*
                                      Melissa Gardner (SBN 289096)
                                      *mgardner@lchb.com*
                                      275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339
                                      Tel: (415) 956-1000
                                      Fax: (415) 956-1008

                                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                      Rachel Geman (Admitted *Pro Hac Vice*)
                                      *rgeman@lchb.com*
                                      250 Hudson Street, 8th Floor
                                      New York, NY 10013-1413
                                      Tel: (212) 355-9500
                                      Fax: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Madeline M. Gomez (Admitted *Pro Hac Vice*)
*mgomez@lchb.com*
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Tel: (615) 313-9000
Fax: (212) 313-9965

BURNS CHAREST LLP
Christopher J. Cormier (Admitted *Pro Hac Vice*)
*ccormier@burnscharest.com*
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (Admitted *Pro Hac Vice*)
*wburns@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
C. Jacob Gower (Admitted *Pro Hac Vice*)
*jgower@burnscharest.com*
365 Canal Street, Suite 1170
New Orleans LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

*Attorneys for Plaintiffs and the Proposed Classes*

NOTICE OF WITHDRAWAL OF COUNSEL                                CASE NO. 4:20-CV-03056-DMR

# CERTIFICATE OF SERVICE

On November 17, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another matter authorized by Fed. R. Civ. P. 5(b)(2).

DATED: November 17, 2021

*/s/ Christopher J. Cormier*

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com