Friday, January 14, 2022

In re Plaid Inc. Privacy Litigation, the case number is 4:20-cv-03056 — DMR

Notice ID: PLD1007509370
Confirmation Code: 5040A53475

To Whom It May Concern,



I received a settlement email about the case against Plaid Inc.

I do not intend to appear in court. I just want to make a comment on something that I object to in the case.

In the case it states *"....obtained log-in credentials (username and password) through its user interface, known as "Plaid Link," which had the look and feel of the user's own bank account login screen, when users were actually providing their login credentials directly to Plaid."*

Plaid's interface did not mimic or did not have the look and feel of my bank's account login screen. The interface had Plaid's colors and logo and did not have any information or colors related to my bank's login page. Phishing scams purposefully mimic a bank's login page, but Plaid's interface did not do this.

Sincerely,

*[signature]*

Richard Laven
5874 Woodbriar Dr NE
Belmont, MI 49306

rick@laven.net
616-551-9554

FILED
JAN 24 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA