Loren
5874 Woodbriar Dr NE
Belmont, MI 49306

GRAND RAPIDS MI 493
18 JAN 2022 PM 3 L

Clerk of Court
US Dist Ct for North Dist of CA
1301 Clay St
Oakland, CA 94612