

# CALIFORNIA JUDICIAL INVESTIGATIONS
### BSIS LIC No. 24115

---

1968 S. Coast Hwy, No. 755
Laguna Beach, CA 92651
Phone: (415) 829-9060
Fax:   (415) 500-4060

Website: www.calji.com
Email: admin@calji.com

**FILED**

Jan 26 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 25, 2022

Via U.S. Mail and Electronic Mail dmrcrd@cand.uscourts.gov

Honorable Magistrate Judge Donna M. Ryu
United States District Court
Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street, Oakland, CA 94612

    RE:    Cottle v Plaid, Inc.
            Case No. 20-cv-03056-DMR

Dear Honorable Magistrate Judge Donna M. Ryu,

It is my understanding that a settlement has been reached in the above-reference matter. Please accept this as a formal objection to the settlement until the following has been addressed by this court.

The Plaintiff's counsel apparently subcontracted notice of settlement to a company operating out of Pennsylvania. On or about January 12, 2022, an email was sent out to class members. In part, the email provided limited information about the claim and how to obtain a payment.

First, the notice lacks any specific link that takes the claimant to a claims form. It requires that the party cut/paste text from the email and open a new page to reach the claim form. It is my belief that this is designed purposely to limit the number of claims that are filed. If the goal was to promote a response, a link to **submit a claim** would have been included.

Second, the claim form itself is defective and does not work. Once I reached the correct website and clicked on SUBMIT A CLAIM, I entered valid bank details. I was repeatedly presented with an "error" code which stated the account information I provided was invalid - when in fact the information is valid. That said, myself and others similarly situated would typically give up and close the window – forgoing any payment due.

Third, and most importantly, the website claim form denies equal access of settlement funds to all class members. Specifically, the online claim form offers only **three** methods to be paid. The claimant must select only ONE of the following options: PayPal, Venmo or Direct Deposit to a bank account. This places a condition to be paid – the claimant must have an account with a financial institution, or they cannot get paid. This denies payment to those without a bank account (i.e. homeless, indigent, those who can't qualify for a bank account, etc). The

convenience to the claims administrator of paying all claims electronically must take a back seat to ensuring that all payments reach their intended class members.

For these reasons, I respectfully request this court to suspend final settlement of this case until the Plaintiff can provide proof to the court that these concerns have been addressed.

Thank you for your consideration.

Respectfully,

Joseph P. Soldis
Investigator PI24115

# Notice of Class Action Settlement – In re Plaid Inc. Privacy Litigation

From: Settlement Administrator (donotreply@plaidsettlement.com)

To: j@soldis.net

Date: Wednesday, January 12, 2022, 02:41 AM PST

**Notice ID: PLD1010341268**
**Confirmation Code: 798D68C581**

<u>Notice of Class Action Settlement - In re Plaid Inc. Privacy Litigation</u>

**If you connected your financial account(s) to a mobile or web-based app that has used Plaid between January 1, 2013 and November 19, 2021 in the United States, you may be eligible for a payment from a class action Settlement.**

<u>This is a Court-approved Legal Notice. This is not an advertisement.</u>

A Settlement has been proposed in class action litigation against Plaid Inc. ("Plaid"). Plaid enables connections between a user's financial account(s) and approximately 5,000 mobile and web-based applications ("apps"). This class action alleges Plaid took certain improper actions in connection with this process. The allegations include that Plaid: (1) obtained more financial data than was needed by a user's app, and (2) obtained log-in credentials (username and password) through its interface, known as Plaid Link, which the litigation alleges had the look and feel of the user's own bank account login screen, when users were actually providing their login credentials directly to Plaid. Plaid denies these allegations and any wrongdoing and maintains that it adequately disclosed and maintained transparency about its practices to consumers.

**Who is Included?** You are a Class Member, and you are affected by this Settlement, if you own or owned one or more "Financial Accounts" between January 1, 2013 and November 19, 2021, and you were a United States resident at the time. A "Financial Account" is any checking, savings, loan, or other account at a financial institution (1) that Plaid accessed using the user's login credentials and connected to a mobile or web-based fintech application that enables payments (including ACH payments) or other money transfers or (2) for which a user provided financial account login credentials to Plaid through Plaid Link.

**What does the Settlement provide?** Under the Settlement, Plaid will pay $58 million to establish a Settlement Fund.

After deducting any court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Class Members who submit valid claims, on a pro rata basis. The amount of the payments to individual Class Members will depend on the number of valid claims that are filed.

The Settlement also requires Plaid to:

- Delete certain data from Plaid systems;
- Inform Class Members of their ability to use Plaid Portal to manage the connections made between their financial accounts and chosen applications using Plaid and delete data

stored in Plaid's systems;
- Continue to include certain disclosures and features in Plaid's standard Link flow;
- Enhance disclosures about Plaid's data collection practices, how Plaid uses data, and privacy controls Plaid has made available to uses in Plaid's End User Privacy Policy;
- Minimize the data that Plaid stores; and
- Continue to host a dedicated webpage with detailed information about Plaid's security practices.

**How do I get a payment?** You must submit a valid Claim Form online or postmarked by **April 28, 2022**. Claim Forms may be submitted online at www.PlaidSettlement.com or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 855-645-1115 or emailing Questions@PlaidSettlement.com.

**Do I have a lawyer in the case?** If you are a Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firms Burns Charest LLP; Herrera Kennedy LLP; and Lieff Cabraser Heimann & Bernstein, LLP to represent the Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Your other options.** If you are included in the Settlement and do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **March 4, 2022**. Unless you exclude yourself, you won't be able to sue or continue to sue Plaid for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your lawyer to appear and speak at the Final Approval Hearing – at your own cost – but you don't have to. Objections and requests to appear are due by **March 4, 2022**. More information about these options is available at www.PlaidSettlement.com.

**The Court's hearing.** The Court will hold the Final Approval Hearing at **1 p.m. on May 12, 2022** in Courtroom 4 (3rd Floor) of the United States Courthouse, 1301 Clay Street, Oakland, CA 94612. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who appear at the hearing and who have provided notice of their intent to appear at the hearing. The Court may also consider Class Counsel's application for attorneys' fees, expenses and for Service Awards. At or after the hearing, the Court will decide whether to approve the Settlement and to approve Class Counsel's application for attorneys' fees, expenses and Service Awards.

This notice is only a summary.

For more information visit www.PlaidSettlement.com or call 855-645-1115.

Unsubscribe

**United States District Court for the Northern District of California**

HOME | SUBMIT A CLAIM | IMPORTANT DOCUMENTS | SEARCH FOR APP/SERVICE | FAQS | CONTACT US

**Your claim must be submitted online by April 28, 2022.** You may only submit one Claim Form. If you have any questions, please contact the Settlement Administrator by email at Questions@PlaidSettlement.com or by mail at *Plaid Inc. Privacy Litigation*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**I. YOUR CONTACT INFORMATION AND MAILING ADDRESS**

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form.

First Name *      Last Name *

Street Address *

City *      State *      Zip Code *

Email Address *Required      Confirm Email Address *

* Required Fields

**II. PAYMENT SELECTION**

Please select **one** of the following payment options:

Payment Options

PayPal — No bank account required
venmo — No bank account required
DIRECT DEPOSIT — Direct to your bank account

USE PAYPAL | USE VENMO | USE DIRECT DEPOSIT

If you prefer to receive a paper check instead of a faster and more convenient option listed above, click this link.

**III. ATTESTATION UNDER PENALTY OF PERJURY**

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that the information provided in this Claim Form is

## Direct Deposit

### Payment Information
Please provide information about the bank account we should send your payment to:

Routing number

[▮▮▮▮▮▮▮▮▮]

Account number

[▮▮▮▮▮▮▮▮▮▮▮▮]

Please enter a valid account number

Re-enter account number

[▮▮▮▮▮▮▮▮▮▮▮▮]

Account number does not match

(●) Checking     ( ) Savings

By clicking "Next" below, you authorize us to send payment to the bank account you listed above.

[ NEXT ]