# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 5/12/2022 | **Time:** 1:16-2:00 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:20-cv-03056-DMR | **Case Name:** IN RE PLAID INC. PRIVACY LITIGATION | |

**For Plaintiffs:**
Rachel Geman
Shawn Kennedy
Chris Cormier
Mike Sheen

**For Defendant:**
Whitty Somvichian

**Objectors who made an appearance:**
Steve Helfand
Randal Krueger

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:16-2:00

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Final Fairness Hearing/Plaintiffs' Motion for Final Approval of Class Action Settlement [Docket No. 156] held

2. Plaintiffs' Motion for Attorney Fees, Reimbursement of Expenses and Service Awards [Docket No. 157] held

Class Members who filed timely objections were given the opportunity to be heard. Objector Steven Helfand appeared and spoke on the record regarding his timely objection. Randal Kreuger, who filed an untimely objection to the settlement, also appeared and was granted leave to speak on the record regarding his objection. No other objectors appeared. On Class Counsel's motion, joined by Defendant, the court (1) granted Kreuger leave to file a claim by no later than 5/19/2022 that will be treated as timely, and (2) ordered that the approximately 100 late-filed claims received by the administrator as of today's date shall be treated as timely.

By no later than 5/19/2022, Class Counsel shall submit supplemental evidence supporting the request for an award of attorneys' fees, including specifically addressing how the three firms appointed Class Counsel organized and carried out their division of labor to ensure that there was no duplication of work and/or to minimize such duplication. Class Counsel shall also submit support for the hourly rates requested as follows: Herrera Kennedy, all timekeepers; Lieff Cabraser, Danna Elmasry; and Burns Charest, all timekeepers other than Chris Cormier and Warren Burns.

**Order to be issued by:**

( )   Plaintiff          ( )   Defendant          (X)   Court

cc: Chambers