| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>LAUREN J. POMEROY (291604)<br>(lpomeroy@cooley.com)<br>ELLIE BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>*Attorneys for Defendant*<br>*Plaid Inc*. | HERRERA KENNEDY LLP<br>Shawn M. Kennedy (SBN 218472)<br>skennedy@herrerakennedy.com<br>Bret D. Hembd (SBN 272826)<br>bhembd@herrerakennedy.com<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>Tel: (949) 936-0900<br>Fax: (855) 969-2050<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Rachel Geman (*Pro Hac Vice*)<br>rgeman@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br><br>BURNS CHAREST LLP<br>Christopher J. Cormier (*Pro Hac Vice*)<br>ccormier@burnscharest.com<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Tel: (202) 577-3977<br>Fax: (469) 444-5002<br><br>*[Additional counsel on signature page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLAID INC. PRIVACY LITIGATION<br><br>———————————————————<br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:20-cv-03056-DMR<br><br>**STIPULATION TO ENTRY OF FINAL JUDGMENT AND DISMISSAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO ENTRY OF FINAL
JUDGMENT AND DISMISSAL
NO. 4:20-CV-3056-DMR

Pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 58(d), Plaintiffs Caroline Anderson, James Cottle, Rachel Curtis, David Evans, Logan Mitchell, Alexis Mullen, Jordan Sacks, Frederick Schoeneman, Gabriel Sotelo, Jeffrey Umali, and Nicholas Yeomelakis, on behalf of themselves and the class that they represent, together with Defendant Plaid Inc., hereby stipulate to the attached Proposed Order for Final Judgment and Dismissal, and jointly request its entry by the Court. In support of their request, the parties state as follows:

1. The Court approved the class action settlement agreement and awarded certain attorneys' fees, costs, and service awards in this action on Wednesday, July 20, 2022. Dkt. 184.

2. The only outstanding matter in this action is the Post Distribution Accounting ("PDA") ordered by the Court. Dkt. 184 at 23. The parties believe that the Court does not intend the PDA to render its order non-final.

3. The parties understand the Court's July 20, 2022 order as having disposed of the case in its entirety. Nevertheless, Federal Rule of Civil Procedure 58(a) technically requires judgment to be set out in a separate document. *Casey v. Albertson's Inc*, 362 F.3d 1254, 1258 (9th Cir. 2004).

4. To avoid any possible confusion about the time permitted to notice an appeal in this action, the parties stipulate to the Proposed Order for Final Judgment and Dismissal (Dkt. 156-2) and request its entry by the Court pursuant to Federal Rule of Civil Procedure 58(b)(2)(B). For the Court's convenience, a clean copy of the Proposed Order is attached hereto as Exhibit A.

[remainder of page intentionally left blank]

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. TO ENTRY OF FINAL
JUDGMENT AND DISMISSAL
NO. 4:20-CV-3056-DMR

| | | |
|---|---|---|
| 1 | Dated: July 22, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Whitty Somvichian* |
| 4 | | Whitty Somvichian<br>Attorneys for Defendant Plaid Inc. |
| 5 | Dated: July 22, 2022 | HERRERA KENNEDY LLP |
| 6 | | |
| 7 | | By: /s/ *Shawn M. Kennedy* |
| 8 | | Shawn M. Kennedy<br>Co-Lead Class Counsel |
| 9 | Dated: July 22, 2022 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 10 | | |
| 11 | | By: /s/ *Rachel Geman* |
| 12 | | Rachel Geman<br>Co-Lead Class Counsel |
| 13 | Dated: July 22, 2022 | BURNS CHAREST LLP |
| 14 | | |
| 15 | | By: /s/ *Christopher J. Cormier* |
| 16 | | Christopher J. Cormier<br>Co-Lead Class Counsel |

17  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    Michael W. Sobol (SBN 194857)
18  msobol@lchb.com
    Melissa Gardner (SBN 289096)
19  mgardner@lchb.com
    Michael K. Sheen (SBN 288284)
20  msheen@lchb.com
    Nicholas R. Hartmann (SBN 301049)
21  nhartmann@lchb.com
    275 Battery Street, 29th Floor
22  San Francisco, CA 94111-3339
    Tel: (415) 956-1000
23  Fax: (415) 956-1008

    HERRERA KENNEDY LLP
    Nicomedes Sy Herrera (SBN 275332)
    nherrera@herrerakennedy.com
    Laura E. Seidl (SBN 269891)
    lseidl@herrerakennedy.com
    1300 Clay Street, Suite 600
    Oakland, CA 94612
    Tel: (510) 422-4700
    Fax: (855) 969-2050

24  BURNS CHAREST LLP
    Warren T. Burns (Pro Hac Vice)
25  wburns@burnscharest.com
    900 Jackson Street, Suite 500
26  Dallas, TX 75202
    Tel: (469) 904-4550
27  Fax: (469) 444-5002

    Co-Lead Class Counsel

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO ENTRY OF FINAL
JUDGMENT AND DISMISSAL
NO. 4:20-CV-3056-DMR

## ATTESTATION

I, Whitty Somvichian, am the ECF user whose ID and password are being used to file this **Stipulation to Entry of Final Judgment and Dismissal**. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of the signatories in the filing of this document.

Dated: July 22, 2022

　　　　　　　　　　　　　　　　　*/s/ Whitty Somvichian*
　　　　　　　　　　　　　　　　　Whitty Somvichian

272414446

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. TO ENTRY OF FINAL
JUDGMENT AND DISMISSAL
NO. 4:20-CV-3056-DMR