UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COTTLE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PLAID INC.,<br>　　　　Defendant. | Case No. 20-cv-03056-DMR<br><br>**JUDGMENT** |

On July 20, 2022, the court granted final approval of a class action settlement. [Docket No. 184.] Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in accordance with the July 20, 2022 final approval order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 25, 2022



Donna M. Ryu
United States Magistrate Judge