4:20-cv-3056 DMR

plaid saultions

Settlement ( I filed a claim to be apart of this settlement and recieved nothing.
may 12 1pm 2022.
courtroom 4 (3D Floor)
1301 Clay st.
Oakland CA. 94612.

Franchesca R collins
01/19/1995
18325 kingsland blvD
Huston, TX 77094.
Apt 1137.

Never recieved a check !!!

**RECEIVED**
SEP 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Franchesca Collins
18325 kingsland blvd
Huston TX 77094.
Apt-1137. (1137)

NORTH HOUSTON TX
9 SEP 2022

United States Court
Courtroom 4.(3D Floor)
1301 Clay st.
Oakland, CA. 94612.