**RECEIVED**
**JAN 30 2023**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edward Garcia
4654 East SR 64, Unit 107
Bradenton, FL., 34208

(941) 229-0926
eddievsongs@gmail.com

I have NOT heard back from Plaid regarding my change of mailing address and that I have NOT received any compensation despite 3 other friends getting their payments via their Venmo.
Edward Garcia
XXX-X0-4927

If you chose to make an objection, it must be in writing and contain the following:

a. The name and case number of this lawsuit (*In re Plaid Inc. Privacy Litigation*, the case number is 4:20-cv-03056);

b. The basis for believing that you are a Class Member;

c. Your full name and mailing address, and email address or telephone number;

d. All reasons for your objection;

e. Whether you intend to appear at the Final Approval Hearing, either in person or through an attorney representing you, and, if through an attorney, the attorney's name, address, and phone number;

f. Your handwritten or electronically imaged written (*e.g.*, "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

To be considered by the Court, your objection must be either (1) filed at any location of the United States District Court for the Northern District of California on or before **March 4, 2022**, or (2) mailed, postmarked no later than **March 4, 2022**, to the following recipient:

Clerk of Court
United States District Court for the Northern District of California
1301 Clay Street
Oakland, CA 94612

*[Handwritten annotations:]*
1/25/23
(941) 229-0926  filed my claim 1/24/22
under old address  15 Paradise Plaza #125
Sarasota FL 34239