**Lieff
Cabraser
Heimann&
Bernstein**

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
t 415.956.1000
f 415.956.1008

February 8, 2023

Melissa Gardner
Partner
mgardner@lchb.com

**VIA ECF**

Honorable Donna M. Ryu
Ronald V. Dellums Federal Building
& United States Courthouse
Courtroom 4
1301 Clay Street
Oakland, CA 94612

> RE:  *In re Plaid Inc. Privacy Litigation*, Case No. 20-cv-03056-DMR
> Response to January 30, 2023 Letter from Edward Garcia

Dear Judge Ryu:

My firm serves as co-Class Counsel in the above-referenced action. I write in response to the letter filed by Mr. Edward Garcia on January 30, 2023 (ECF No. 188).

I corresponded with Mr. Garcia by phone and e-mail on February 1, 2023. Using the information Mr. Garcia provided that day, the Court-appointed Settlement Administrator, Angeion Group LLC ("Angeion"), was able to confirm that in January 2022 Mr. Garcia started, but did not ultimately complete, the claims process. Given Mr. Garcia's clear attempt to submit a claim, and his understanding that his claim in fact had been submitted, we have proceeded by treating his claim as fully and timely submitted. Angeion will mail a physical settlement check to Mr. Garcia's Bradenton, Florida address (which we understand to be his current address) today, February 8, 2023.

We are available to discuss this matter at the Court's convenience, should the Court have any questions.

Very truly yours,

*Melissa Gardner*

Melissa Gardner

cc:  Edward Garcia (via e-mail and USPS First-Class Mail)
Christopher Cormier
Shawn Kennedy